JUL 2 2024 AM10:50
FILED - USDC - BPT - CT

US District Court Clerk

915 Lafayette Blvd.

Bridgeport, CT 06604s


John Doe

    Vs.

United States


**THIS IS A FEDERAL LAWSUIT BROUGHT FORTH UNDER $1983 OF 42 USC FOR VIOLATIONS OF CONSTITUTIONAL AND HUMAN RIGHTS BYTHE IMPLEMENTATION OF THE UNITED STATES SEX OFFENDER REGISTRY ASKING TO ORDER TERMINATION OF SAID LAW AS UNCONSTITUTIONAL AND TO LEVY FINES AND AWARD DAMAGES, AND ENFORCE LAWS AS ALLOWED TO PUNISH THOSE RESPONSIBLE FOR VIOLATIONS OF CONSTITUTIONAL AND FUNDAMENTAL HUMAN RIGHTS**


I, John Doe*, pro se in this matter, bring this Petition under USC $1983 asking the Court to put an end to Constitutional and Human Rights Violations of the United States Sex Offender Registry and to order the termination of the Sex Offender Registry in perpetuity, seeking compensatory damages in the amount of $34 million dollars (at 34

*/ ,*

years on the registry), punitive damages in the amount of $50 million dollars for gross disobedience to federal Constitutional Rights due to all humans, Lawyer's fees, and declaratory judgment that the US Sex Offender Registry violates the US Constitution and that the US Sex Offender Registry violates already established Case-Law and that the US Sex Offender Registry is an illegal law, and to punish those enforcing the registry for the following reasons:

1.          **The US Sex Offender Registry violates Clear and concise case-law.**

2.          **The US Sex Offender Registry disregards the Spirit of the Preamble to the United States Constitution.**

3.          **The US Sex Offender Registry Violates the Constitution of the United States.**

4.          **The US Sex Offender Registry Violates the Human Rights safeguarded by the World Human Rights Commission**

5.          **The World Human Rights Commission protects crimes against humanity and the ….the victim of the attack can be any civilian population, regardless of its affiliation or identity.**

*I am aware that I might otherwise ask a law firm to assist me in this request. I have asked the A.C.L.U. in the past to help me in action in US Administrative Courts. They did not reply to me. I also spoke to a law firm in Stamford, CT but no interest was shown without untold amounts of money was given on my behalf. I am not a very well off man, so to hire a firm in my behalf is untenable for me. My belief is that no one Legal Team nor any US system is secure in their being to tackle this monster of

the American Justice system. I therefore make this request for the court, under $1983 to investigate and take necessary action to halt this great miscarriage of justice, remedy the violation of Constitutional Rights, and to halt the violation of World Human Rights which are so greatly ingrained in this country.

1.            **The US Sex Offender Registry violates Clear and concise caselaw forbidding this law in the following ways:**

In 1803 in the case of **Marbury vs. Madison,** Justice Marshall ruled in never challenged case-law. That ruling **is "Any law repugnant to the Constitution is null and void." Marbury vs. Madison, 5US (Cranch) 137,161,167. (Oxford Languages: "Repugnant":** incompatible with. A bylaw must not be repugnant to the general law of the country.) Justice Marshal overturned law enacted by Congress and signed by the President. Justice Marshal was not afraid of the law or the Constitution. He held the Constitution in the highest regard.

The decision in Marbury v. Madison has never been disturbed.

Would the Courts enforce such a law in the face of an express Constitutional provision? They would not, he continued, because their oath required by the Constitution obligated them to support the Constitution and to enforce such laws would violate the oath. Chief Justice noted that the Supremacy Clause gave the Constitution precedence over laws and treaties, providing that only such laws "which shall be made in pursuance of the constitution shall be the supreme law of the land." **(Marbury v. Madison) . Article VI , paragraph 2 of the US Constitution is commonly referred to as the Supremacy Clause. It establishes that the federal constitution, and federal law generally, take precedence over state laws, and even state constitutions.** The Courts of today are

under obligation to obey the ruling in Marbury v. Madison. They are under obligation to terminate the disobedience to law and the protection of Constitutional rights violated by the US Sex Offender Registry.

Why did Justice Marshal make this ruling? Because the Constitution trumps all laws. The Constitution is the Document that dictates laws as to whether they are legal or illegal. Justice Marshal used the term "Any Law". He did not assert: "This Law", or, "That Law", nor did he use any such language to omit any certain law. The US Sex Offender Registry violates this clear and concise case-law and that will be explained in more detail in the following sections. It also fails to take into account any accountability to the US Constitution.

Justice Marshall put forth the following as the example to the US Courts to follow in applying Judicial Review:

**The National Constitution Center, <u>Marbury v. Madison</u> (1803)** "The Constitution is either a superior, paramount law, unchangeable by ordinary means...repugnant to the Constitution is void."

Chief Justice Marshall began his discussion of judicial review by opining. "The question, whether an act, repugnant to the constitution, can become the law of the land, is a question deeply interesting to the United States; but, happily, not of an intricacy proportioned to its interest.4 In answering the question in the affirmative, Chief Justice Marshall first recognized certain fundamental principles. The people had come together to establish a government. They provided for its organization, assigned powers to its various departments, and established certain limits not to be transgressed by those departments. The limits were expressed in a written constitution, which would serve no

purpose "if these limits may, at any time, be passed by those intended to be restrained"[.]5 Because the Constitution is "a superior law unchangeable by ordinary means, a legislative act contrary to the constitution is not law.."6

              The Chief Justice then asked, "If an act of the legislature, repugnant to the constitution, is void, does it, notwithstanding its invalidity, bind the courts, and oblige them to give it effect?".7 The answer, thought the Chief Justice, was clear: "It is emphatically the province and duty of the judicial department to say what the law is. Those who apply the rule to particular cases, must of necessity expound and interpret that rule. If two laws conflict with each other, the courts must decide on the operation of each".8 If a statute and the Constitution both apply to a single case, and conflict with one another, "the courts must determine which of these conflicting rules governs the case. This is the very essence of judicial duty."9 Because "the constitution is superior to any ordinary act of the legislature, the constitution, and not such ordinary act, must govern the case to which both apply." 10 To declare otherwise, Chief Justice Marshall said, would be to permit the legislature to "pass[] at pleasure the limits imposed on its powers by the Constitution." 11.

     The US Sex Offender Registry is, at its best, a fine example of the legislature of every State, under the instruction of President Clinton, to "pass at pleasure the limits imposed on its powers by the Constitution. (These limits and their radically applied application of the US Sex Offender Registry will be revealed as the rest of this complaint goes on. I believe that an application of review, when applied to the existence of the US Sex Offender Registry, will show that it is a violation of law.

President Clinton, a previous graduate of Georgetown University and the Yale Law School, and a known States Attorney General, and well aware of the ruling in Marbury vs. Madison and that his actions were illegal, in the later days of his presidency, met with John Walsh, a citizen who had found his son missing and later murdered. President Clinton listened to the then broken man and was convinced that he should do as the man wished. As the President listened, he soon abandoned his oath taken at his appointment as President to protect the Constitution and violated his promise to protect the Constitution and on a whim which President Clinton put himself above the law* and acting in his own behalf he created this registry and in an act of Tyranny (**Oxford Dictionary**: **"Tyranny"** cruel, unreasonable, or arbitrary use of power or control)  in cruel, unreasonable and arbitrary use of power or control in 1996 signed into law the US Sex Offender Registry. (Can the President create Laws? "All legislative power in the government is vested in Congress, meaning that it is the only part of the government that can make new laws or change existing laws." http:www.**whitehouse.gov**) As is shown in this petition, this illegal law has become a haunting aberration for States to take their anger out on as the Lawmakers inflict pain upon those on the registry for fun, amusement, and political gain. This petition for action asks to end this registry in total.

*(The basic **Gestapo law** passed by the government in1936 gave the Gestapo carte blanche to operate without judicial review-in effect, putting it above the law)

The United States Sex offender registry Disregards the Spirit of  the **Preamble** to the United States Constitution which Protects Rights for All Citizens by the words within as Unalienable revealing that the Rights of the Constitution are Endowed to all Men by the Creator and which can Never be Taken Away by Anybody

a.              The Preamble to the United States Constitution opens with the words "...in order to form a more perfect union, establish justice, ensure domestic tranquility, and provide for the common good.." So, a Sex Offender Registry robs neighborhoods of "Domestic Tranquility" and instead creates Domestic Hatred and Violence, and Domestic Problems in every neighborhood. This complaint will show how this happens, but more importantly, every American should realize that Domestic Tranquility is a catchphrase that will have "0" meaning for anyone all due to the Sex Offender Registry.

The Preamble to the Constitution is not a "good sounding" addition to the Constitution. The Preamble breathes life into the Constitution, so as to make it a living, breathing Document. It brings a level of awe to the Constitution so making it deserve high regard when being observed by anyone. Doing so makes the Preamble and the Constitution become one Document.

The Preamble to the United States Constitution promises that men are "endowed by their creator with certain unalienable rights. That among these are Life, Liberty, and the Pursuit of Happiness." (**"UNALIENABLE" dictionary.com**: not transferable to another or not capable of being taken away or denied") By definition means that such rights can never be given up nor taken away.

These unalienable rights are "endowed by their creator", no man and no law is fit to take away what "their creator" has given them. My petition does not ask the Court to address whether or not the US Sex Offender Registry violates anyone's right to Life although many sex offenders are killed in public and in prison due to the existence of the US Sex Offender Registry, or whether anyone is alive although

herein are listings of persons assaulted and murdered as the result of being on the Sex Offender Registry, with barely any justice for their loved ones and family, and society. It will leave open to the Court to decide if Life has other meanings that they will consider regarding this Petition.

My petition does ask the Court to address violations of the Preamble's unalienable right to Liberty and the pursuit of happiness.

**2.b. The US Sex Offender Registry Disregards the Spirit behind the Unalienable right to Liberty to me and to those on it in the following ways:**

First I will address the meaning of liberty. **("Liberty" Oxford Dictionary**: **liberty** 1. The state of being free within society from oppressive restrictions imposed by authority on one's way of life, behavior, or political views). Liberty means Freedom. Freedom to do what? Anything and everything persons not on the US Sex Offender Registry are allowed to do by Laws and Constitutional guarantees. Why is it that the US Sex Offender Registry denies the enjoyment of Liberty for the entire country? That will be detailed in this action.

a.          The US Sex Offender Registry is self-determined by each individual state as to how they dictate illegal laws regarding those on the registry.  But these laws of individual states are mostly united in denying those on the US Sex Offender Registry from entering a.) Schools/School grounds*. Those on the registry are generally by law not allowed to drop their children off at school or pick them up or attend their school functions, such as soccer practice, plays, PTA [Parent Teacher Meetings]. b.) Public libraries, Churches, and anyplace where a child may be, for instance, in their home, with them in their car, or attending a social function.

*I was arrested for being at my nephew's soccer practice. I was approached by the police after a woman told another woman I was on the registry. The police were called. They took my information, told me that they did not know what to charge me with, did investigating, and two weeks later came and arrested me at my house. I was charged and convicted of 1. Criminal Trespassing, 2. Loitering on School Grounds. I paid $5,000.00 to a lawyer who was not concerned with justice, but only concerned with pleading guilty under given illegal violations, I was sentenced to 1 year of Probation, and threatened with 6 months in prison. This is a ridiculous play of our legal system and should not be allowed to happen.

b.          The US Sex Offender Registry by laws of many states do not allow those on the registry to live or walk or work where they want. They in certain instances and mostly all of the time are not allowed to live or walk within 1,000-2500 feet from a school. They are in the same manner not allowed by the same distances to live or walk near parks or playground.

c.          As is later in this petition explained, many states forbid persons from living within certain or all city limits. A clear violation of Liberty.

d.          The US Sex Offender Registry therefore denies and disregards those on the Registry from the "Unalienable Right to Liberty.

### 2.c.  The US Sex Offender Registry Disregards the Spirit of the "Unalienable right to the pursuit of happiness"-a guaranteed right given by their creator as provided in the Preamble of the US Constitution

a.          The pursuit of happiness is a thought provoking ideal. How and in what ways may a person be endowed by their creator with things among which is

9.

Happiness? Well, attending church is a way of enjoying this endowment. There can be no legal right to deny anyone the right to attend their religious function. In many states this right is violated. One such state is Kentucky. Their law states, in part, "The offender may not attend children's or teens' functions at church. A person must be designated to observe the person at all times while on church premises, never letting the person out of sight. Restrooms, in particular, pose a risk." How is it a risk going to the bathroom as billions of other people do every few minutes?

b.          **("Pursuit of Happiness" Sudbury Valley School:** The phrase actually meant "the pursuit of a meaningful life", of a life that provides a person with a sense of satisfaction that what they are doing is…), or ("A euphemism for the pursuit of wealth" **Thomas Jefferson's Happiness**.) So as a reference, Florida has legislated to disenfranchise those on the registry from living or working in any of its cities. It goes to show if anyone on the registry can make a meaningful life, or, Pursue Happiness while living in the Everglades Forest under some branches, or living in a cardboard box under an overpass, or living in an abandoned car while no institution of economic advancement will hire such a person nor allow such an individual to work and earn an honest living. Still, yet, having to register that patch of dirt in the Everglades Forest, or the cardboard box under the overpass, or the abandoned car as their "home", although inhumane, do so register that cardboard box as their home in order to not be thrown in Prison.

c.          Pursuing Happiness, as Endowed by the Creator, should, but rarely does, include those on the US Sex Offender Registry from being free to work where one wants to, to live where one can afford to, to travel freely where one wants to

without restriction. To attend social functions as desired. And so many more things associated with Pursuing Happiness. This is a blatant disregard for the Unalienable rights endowed by their Creator to anyone on the US Sex Offender Registry.

d.         The US Sex Offender Registry forbids many other activities associated with being on the Registry. As is shown, it Disregards the Spirit behind this Creator endowed "Pursult of Happiness" protection.

**2.d..         The US Sex Offender Registry is not an option when the US Constitution promotes "Domestic Tranquility"-from the final of phrases of the Preamble to the Constitution.**

a.         Domestic Tranquility literally means: "Peace at Home" as opposed to foreign countries. In what way is Domestic Tranquility possible with a Sex Offender Registry when people in general are scared to come out of their homes or apartments because there are Sex Offenders outside? Just by the existence, the US Sex Offender Registry squashes the ability to maintain "Domestic Tranquility.

3.         **The US Sex Offender Registry violates the US Constitution. The United States Sex Offender registry violates the First Amendment to the Constitution of the United States which protects citizens from "Congress shall Make No Law respecting an establishment of Religion or Prohibiting its Free Exercise."**

a.         As brought out previously in this Petition, Free Exercise of Religion is an impossibility for those on the registry. The Pastors of churches are under mass observation to report any one on the Sex Offender Registry to the Authorities. Those on the registry are under constant observation in their churches. There are laws that

forbid those on the registry from freely exercising their religion. Those on the registry are forced to submit to being "WATCHED" while attending religious functions.

**B. The US Sex Offender Registry violates the First Amendment's protection of Free Speech.**

a.          Those on the US Sex Offender Registry, American Citizens, that is, are by statute not allowed to have facebook pages and other media pages. If a state should allow media to these American Citizens, they do so at being forced to submit to the authorities the media identifier or face jail. This is how things are enforced on this illegal and unconstitutional law. Not  being allowed at school grounds or other social functions, those on the US Sex Offender Registry have no right to give voice to the way States and cities expend financial and other responsibilities that give real meaning to living in the modern world.

**3.c. The Sex Offender Registry violates the Fourth Amendment's Right to be secure in one's Papers.**

The Fourth Amendment guarantees the "right to be secure in ones papers, and effects against unreasonable searches and seizures." The Registry violates this guaranteed right in the following ways:

a.          In nearly every town in each state there is a Sex Offender Task Force. They make it their business to visit the residence of every Sex Offender in their town and knock on their door once per year. They know who they are looking for and what their picture looks like. They demand to see the Sex Offender at their door and demand to see their Driver's License.

b.          Every couple of years, Sex Offenders are ordered by their State of residence State Police through the mail to travel to their State Police Headquarters to produce their Driver's License and have their photo take and fingerprints constantly taken. This travel in my State is approximately 65 miles away from my residence and is a burden to every Sex Offender in every State.

c.          It is demanded in every State to produce the person and their driver's License at the door, at the State Police Headquarters or equivalent to fulfill the task of producing the Sex Offenders Name, Address, Scars, Marks, Tattoos, Place of Work, Job Title, School Address, Vehicle, Auto License Plate, Hair Color, Complexion, social security number, drivers license, and other private information taken in violation of the Fourth Amendment to be Secure in One's Papers of the US Constitution as individual States see fit and that information is then put out in the public forum through many forms of social media for the whole world to see on the internet, being unable to avoid the charge of a felony for not supplying this information and relinquishing one's right to protections of the Fourth Amendment. This is Coercion and is illegal.

d.          This shows that the US Sex Offender Registry violates the Fourth Amendment Right to be secure in one's papers.

**3.d. The United States Sex Offender Registry violates the 8th Amendment protection against Cruel and Unusual punishments in the following ways:**

The Sex Offender Registry has different laws for penalties for failing to register. These penalties are extreme. (failing to register-actually, doing nothing, as other citizens of this great country do-nothing), bringing the following terms of

imprisonment: As an otherwise example, actor Jonathan Majors was convicted of assault on his girlfriend. His sentence was probation and anger counselling.

1. Michigan imposes for failure to register-doing nothing: First Offense: Up to 4 year's prison and a possible $2,000 fine. Additionally, unintentional failure to register as a sex offender is a criminal offense punishable by up to two years in prison and a fine of up to $2,000.

2. In Minnesota, First time convictions may result in a four year prison sentence. For subsequent convictions, you could face a minimum prison sentence of two years.

3. Kansas, for failing to register can result in new criminal charges. These charges carry the possibility of prison time exceeding 20 years, depending on a defendant's criminal history.

4. California failure to register is considered a felony offense that may be punishable by 10 to 30 years.

5. Georgia failing to register can result in a prison sentence of 1-30 years for a first offense in Georgia.

6. Florida failing to register can be charged as a third degree felony offense. A conviction can carry a $5,000 penalty and up to five years in state prison.

7. Connecticut for failing to register is a Class D felony, and can result in a prison sentence from one to five years and additional fines up to $5000.

8. In Indiana, failure to register can lead to severe penalties. Classified as level 6 felonies punishable by a 1 to 2 ½ year prison sentence and a maximum fine of $10,000.

14.

9. Virginia, failing to register is punishable by a jail sentence of up to 12 months and a maximum fine of $2,500.

10. In North Carolina, a maximum penalty of 62 months of incarceration.

11. In Texas, 2nd Degree Felony: 2 – 20 years in prison up to $10,000 fine.

I'm going to assert, that these sentences are meted out for doing nothing. Acting like other citizens. Asserting one's reliance on equal protection of law. Still, there is no such understanding of any Statesman or Protective State worker willing to hear what the Constitution has to say about any type of Equal Protection of Law to any person on the US Sex Offender Registry. These are extremely cruel and unusual punishments that are not meted to others in society.

**3.e.** **The US Sex Offender Registry violates the Ninth Amendment to the US Constitution which guarantees: "addresses rights, retained by the people that are not specifically enumerated in the Constitution. It is part of the Bill of Rights. The amendment was introduced during the drafting of the Bill of Rights when some of the American founders became concerned that future generations might argue that, because a certain right was not listed in the Bill of Rights, it did not exist. However, the Ninth Amendment has rarely played any role in U.S. Constitutional law, and until the 1980s was often considered "forgotten" or "irrelevant" by many legal academics."**

a.) Putting persons personal information illegally per **Marbury vs. Madison** on the internet is not only irresponsible by its allowing murders to be common, but it takes human dignity away from those on the registry. Persons on the registry should be and are entitled to human dignity. It is for violations of this kind that

the Ninth Amendment to the US Constitution was written to protect the Constitutional rights of Sex Offenders from harm and their neighbors from unrealistic fear were written and for which it was included.

b.)         Enacting laws that inflict damage and injury to persons on the registry is in no way kind nor do these laws make life safe for those on the registry and those in society, but, to the alternative, they make life unsafe, as well as dangerous for everyone. The 9th Amendment is included to stop this kind of rogue law to be written and not challenged.

c.)         Laws that put the public in danger or fear for their lives is not law. This is tyrannical rule. Tyrants gloat in putting lives in danger. The public as well as those on the registry deserve not to live in danger.

a.         In a news item labeled: "America aljazira , under the heading: Florida becomes the harshest state for sex Offenders, April 5, 2014-In Arcadia,  a town of 6,000 east of Sarasota, there's a facility wrapped in sky-high barbed wire, where no one can choose to get in  or out…"

b.         Ronald S. Chapman, P.A., is quoted, under the web site: justiceflorida.com > Blog, "Where Can You Live in Florida if You Are a Registered Sex Offender?" States: "Bruce Grant of the Florida Department of Corrections said the laws have not only kept sex offenders away from children but forced several to…"

c.         There is a YouTube video entitled: "The Nomadic Sex Offenders of Miami Dade County", and it shows a thumbnail of Tents in the (Everglades?) where they have been banished and forced to register a tent in the weeds as their

home. This is a blatant disregard for humanity. They have no job, no protection, no money, no bathroom facilities, no refrigeration of food, no mirrors to tend to grooming, no privacy, no love of life, no love of  persons, no hope, nothing.

d.        There is a right of privacy to everyone found in the case of Griswold, stating, "The Supreme Court found a right to privacy, derived from penumbras of other explicitly stated constitutional protections. The Court used the personal protections expressly stated in the First, Third, Fourth, Fifth and Ninth Amendments to find that there is an implied right to privacy in the Constitution". Law.Cornell.edu>wex.

e.        Miami Herald Jun 20, 2019- under the Heading: "Where can growing number of sex offenders live in FL?" Brings out-For offenders who can't live without assistance, nursing or retirement homes are not a guarantee.

f.        WTSP.com, a news channel in Florida, states, "Florida's sex offenders are getting older, but nursing homes don't want…" with the following information of "May 3 2019- Florida's sex offenders are getting older, but nursing homes don't want them…The problem is sparking a national crisis of social and….."

g.        I was listening to a newscast on a.m. 960 about the date of 4/10/24 when I heard the man broadcasting the news bring out a revelation of a man arrested for a sexual charge. The newscaster announced: "I hope the man goes to jail and receives the punishment that the other inmates have waiting for him." [or some verbiage likened to this].

h.          Being afraid to come out of one's house or to be seen in public or to live in fear of ones' neighbor is not acceptable. Citizens deserve to be left alone, free to mind their own business, free of fear and harm. For instance, there is an email sent to all persons at least in my neighborhood, and as I believe every neighborhood in my city listing all of the names and photos of sex offenders in the area and about town and automobile, and addresses with all information available to the holder of the invitation, whom I believe is a policeman. I went into Walmart and a young girl saw me at the entrance and screamed and ran away, I went to a bar about 1 mile from my home and the patrons knew and whispered to me that I was a sex offender. There is a young boy living near me who runs away every time he sees me. The sidewalks and streets in my town are never inhabited by any children nor adults because of the information available in the email invitation to enroll in the "Nextdoor, me Soundview-Bruce Avenue is waiting for your response", an email mailed to everyone in my city with what may be a different invitation for different neighborhoods and offering information of my vehicle, my name, my address, my photo, and any other information available from my information available from the State of Connecticut Department of Public Safety-which keeps no one safe. This is a part of ensuring persons are afraid, of the unknown, to come out of their homes, to find comfort at home and in the neighborhood, and to be free of fear of harm.

**3.g.  The US Sex Offender Registry violates the Fourteenth Amendment to the United States Constitution section 1 which guarantees that "Nor shall any state derpive any person of life, liberty, or property, without due process of law"**

*18.*

**Property: Defined as: "Property is anything (items or attributes/tangible or intangible) that can be owned by a person or entity. Property is the most complete right to something; the owner can possess, use, transfer or dispose of it. www.law.cornell.edu.**

**Due Process of law is: application by the state of all legal rules and principles pertaining to a case so all legal rights that are owed to a person are respected. Due process balances the power of law...Wikipedia.**

a.          I am deprived of liberty every time that I Register for the Registry as I have to purchase postage stamps to mail my registry form-which threatens me with charges of felonies for failing to return "within 10 days of mailing. Nearly every time that I register, I am sent a second letter announcing that I have been violated for failing to register. A warrant would soon be issued for my arrest. And a second application to register is included. As every time, I mail my registration as "Certified Mail" which costs approximately $5. So that is $10 nearly every time that I register and as I try to leave a paper-trail for proof of Registration. I am tied to the line of the Post Office during working hours. Then I am deprived of property by having to pay the $5 and while I am away from work, and I lose pay for loss of worktime. This is a clear violation of my right to be free from "any state deprive any person of life, liberty, or property" and there is no due process of law. It is a State Sponsored Free-for-All, and an extortion operation.

b.          The right to Liberty is violated every time a person on the US Sex Offender Registry when a citizen on the Registry travels out-of-state. Out of State travel is a guaranteed right to every citizen in the United states, however, if a Sex

Offender travels out of state and stays in another state for a duration of time, lets just say 3 days-as I am not sure of the exact number-that person on the US Sex Offender Registry must register in the state where that person has traveled. That is a lifetime registration. When the person returns home, after a 3 month passage of time, the person now must register in 2 states. And if vacationing into another state, a 3 state registration is required. This is for a lifetime period. That comes with each state's laws about paying to register, registering on time, jail for up to 30 or 40 years for failing to register in any of those states. How can anyone do this for their lifetime and feel like their right of guaranteed Liberty is secure? Their guaranteed right to Liberty is thrown into the gutter.

c.          The US Sex Offender Registry violates the Fourteenth Amendments guaranteed right to Liberty.

**3.h.  The US Sex Offender Registry violates the Fourteenth Amendment to the US Constitution in which guarantees, "No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States."**

This guaranteed protection of the 14th Amendment is violated by several, or, namely, all states in the United States. Profound ways that this protection is violated are:

a.          There is an island in the state of Washington where those on the registry are forced to live by State Law. They are only allowed permission to leave the island by State Judge's permission. This is a reflection of the prisoner of war camps of the Second World War.

b.          Those persons on the US Sex Offender Registry are denied the right to have a Facebook page. Those persons are also forced to register AGAIN when vacationing to another State. And then these people are forced to Register for Life in TWO States, or THREE States, and so on. And this is for LIFE. States write willy-nilly laws which abridge the rights of those on the US Sex Offender Registry violating the Fourteenth Amendment in totality.

c.          Florida is one of the most notorious of States regarding those on the Sex Offender Registry. There are news reports of Statesmen announcing that State Law should ensure that "no sex offender should be allowed to live or work in any city in the State." And those on the registry are forced to live in "Villages for Molesters", in the Everglades forests, under Overpass bridges, in tents, in cardboard boxes, etc.,- and those living in such conditions are given no regard for mental health, physical health, food, water, clothing, protection, family, love, comfort, warmth, money, daily needs, sanitary conditions, etc. They are only shown hate, and they are required, as in all states, to report these places to the authorities in order to not be violated in terms of registering and thereby imprisoned for being hated and for obeying law. These persons are not afforded any protection of Equal Protection of Law Nor are they free from Any State Writing Laws Abriging any of these Protections in any form whatsoever from Legislators who inflict harsh and untenable restrictions on those on the registry.

d.          Many of those on the registry in certain States must pay a fee, an extortion fee, to register on the registry. In some of the States, this fee is listed in their laws as "Part of their **punishment** is to pay a registration fee". It is an extortion fee

2 l.

paid in order to buy the right to remain free from incarceration. Just want to mention that United States Judges refuse to call the US Sex Offender Registry punishment. States enact laws which reveal the reality that Registering on the US Sex Offender Registry IS a punishment. Inability to pay will incur a 6 month sentence and then another one, and another one and so on. This is a great miscarriage of justice. Being forced to live without human feelings of empathy leaves those on the registry and their neighbors at odds with one-another as there is no hope for some on the registry of ever being protected by the 14th Amendment or any amendment or any law that gives them equal protection.

e.          In Duval County, Florida, for instance, there is a $25 fee every time someone has to register. Once again being forced to pay to remain free. In Florida, there is persistence in disenfranchising any registrant from living or working in any Florida City. How does one, for instance, crawl out from under a bush and have $25 every 3 months? It seems that it is acceptable to have a repeating episode of imprisonment for failing to amass $25 and thus to be thrown in jail for failure to pay a registration fee. There are no institutions of economic advancement in the Florida Everglades.

f.          Those on the registry are never allowed to obtain a contractor's license, nor to own a store, and are almost unable to find employment. Every other American can do all of these things. There are videos on YouTube showing results as if it is a form of entertainment.

g.          November 16, 2023. New York passed "The Clean Slate Law". This clears the way to jobs and housing for convicted felons EXCEPT those on the registry

and those with Class A felonies. This clearly violates the "Equal Protection Clause" of the constitution.

h.          Every Presidential promise, Congressional meeting, Statesmen orders, and every law brought forth from any type of vote falls short for those on the Sex Offender Registry. There is no Equal Protection of Law, No Laws that do not Abridge the Rights of those on the US Sex Offender Registry.

i.          Sex offenders are the most likely of persons in the US to be denied a job because no one chooses to hire a sex offender claiming that "We don't practice prejudicial hiring, but we are heading in a different direction." This places those on the registry several tiers below illegal aliens who are given preferential treatment in all phases of daily affairs. Again, how are those on the US Sex Offender Registry protected by the 14th Amendment?

j.          There is a New York based organization giving free apartment rental to persons crossing the border who have or have no report of being in this country legally, yet they are housed and rent is paid for at least a short time by this organization that will allow persons to get work to pay their own rent and later to be self-sufficient in paying their own way. This will never happen for anyone on the sex offender registry. They must find their own habitat which they will register at their state's office of State Police, whether that habitat is a tree in the Florida Everglades Forest, a cardboard box behind a mall in Connecticut, a car which they will have to register every time it moves. Registry involves reporting to the State Department of Public Safety and include all information to locate you, your car, your home, your job, your bodily markings including hair color, eye color, fingerprints, photo, height, sex,

23.

and photos of the top of your head. I would like to ask at this point, how does this information-posted on the internet keep anyone safe?

k.          I do not wish to generalize, because the injuries imposed on those on the registry are real. If you look up nearly any kind of adverse government standing, or any kind of abuse, these are the types of abuses inflicted by State Governments upon those on the registry. These include:

I. Emotional abuse

ii.  Textbook definitions of Abuse as well as Torture, Gas lighting, Silent Treatment of Mental Torture, Oppression, Socialism, and so many other abuses inflicted upon persons who Governments, Bigots, Hypocrites, and all forms of putting one's social standing above those of an identified undeserving population of the modern, past, and future world and inflicting that debased hatred and torture on individuals on the US Sex Offender Registry. It is an Anti-American movement aimed at hatred within society and by society. It is based on hatred, and that those on the registry deserve to be hated, abused, assaulted, and murdered at the hands of those doing such things so as to be regarded as Angels-though they do the work of criminally minded demons. It is my firm belief that the sex offender registry is implemented to make it meritorious to murder persons on the registry.

## 3.i.  The United States Sex offender registry violates the Fourteenth Amendment to the United States Constitution, of namely, "Equal Protection Law"

a.          The information in this section is taken and made public in violation of the Fourteenth Amendment's guarantee "nor deny any person within its jurisdiction the equal protection of Law."

24.

b.      The equal protection of Law is disregarded toward persons on the sex offender registry. Equal protection is violated regarding being secure in ones papers, search and seizure and arrest, rights in criminal cases, right to a fair trial-no person shall be held to answer for a ...otherwise infamous crime, unless on a presentment or indictment of a Grand Jury ...nor shall any person be subject for same offence to be twice put in jeopardy of life or limb, nor shall be compelled in any criminal case to be a witness against himself, nor be deprived of life, liberty, or property , without due process of law; [all of these protections are violated as prescribed by State Law and are discounted toward those on the sex offender registry.]

c.There is a report on the internet hosted by Walt Buteau, Dated Jul 30, 2030, 10:32 a.m., titled  in part "...growing in Florida woods; public apparently not warned. It goes: "PINELLAS PARK, Fla. (WFLA)-A Florida camp powered by solar panels and a generator is home to about a dozen sex offenders who claim they were sent there by probation officers, but there is not indication the public was alerted.  Land records indicate the tents that sit under a structure made from branches are on land owned by Florida Department of Transportation. An FDOT spokesperson said they were "not aware of this."" This is clearly a violation of Human Rights to mandate living away from society, secretly being held there by their Probation Officers and in accordance with the general "Not in my backyard" mentality of the socialistic ideas that grow in Florida. This violates being "Free from Cruel and Unusual Punishment" as well as  Equal Protection of Law regarding being forced away from the general public, living in Tents, having no

bathroom facilities, without regard for safety, without the necessities of life including food, work, water, areas for personal hygiene, freedom from danger, without hope, without any care for anything that others are given and receive by the merits of Constitutional Freedoms and Protections

**3.j. The US Sex Offender Registry violates the Fourteenth Amendment to the United States Constitution which protects every citizen's right to privacy.**

In the Fourteenth Amendment**, "the right to privacy** is implied by the guarantee of due process for all individuals, meaning that the state cannot exert undue control over citizen's private lives. Study.com. academy. Lesson"

**3.k. "The California Constitution, Article 1, Section1 applies to both government and private entities. It was specifically designed to preserve our private lives and fundamental rights in the face of technological advances. (www.aclung, ACLU)"** This right is commonly violated without regard by all states and government authorities of the United States against persons on the US Sex Offender Registry**.**

**3.L. The US Sex Offender Registry implements dollar oriented incentives to 15 States that ensure the Right to Privacy in their State Constitutions. This is a violation of the individual State's Promises to give the Right to Privacy to those on the US Sex Offender Registry.**

3.a. 15 States promise the right to Privacy in their State Constitutions. These States are: California, Virginia, Connecticut, Utah, Iowa, Indiana, Tennessee, Oregon, Montana, Texas, Delaware, Florida, New Jersey, and New Hampshire-all of these States have

comprehensive data privacy laws in Place. These States are in violation of their own Constitution in publishing the Private information on their Sex Offender website.

3.b. Florida is in severe violation of its own Constitution regarding individuals on the Florida Sex Offender Registry. It is: "Section 23. Right of privacy.-Every natural person has the right to be let alone and free from governmental intrusion into the person's private life except as otherwise provided herein. This section shall not be construed to limit the public's right of access to public records and meetings as provided by law. (www.flsenate.gov>laws)."

    3.b.1. Florida mandates releasing every detail of an invidual on the Sex Offender Registry. This is not limited to privacy in any detail of an individual, including eye color, hair color, car color, home color, skin color, tattoos, height, and several other private matters of an individual's life.

**4. The US Sex Offender Registry Violates the Human Rights against the relocation of persons safeguarded by the World Human Rights Commission. This section will also cover section 5 of this petition.**

    a.            There is a Download in part, part of the **Ocala, Florida, Code of Ordinances**, page listed: "2006 Wernick: In Accordance with Public Outcry: Zoning out Sex Offenders Through  laws aimed at keeping tabs on previously convicted sex offenders, state lawmakers have enacted residence restrictions prohibiting sex offenders from living near schools and other child-centered facilities. Not satisfied with existing state legislation, numerous municipalities have passed or are considering laws imposing even harsher restrictions, In the spirit of the Not in My

Backyard (NIMBY) movement, these laws often appear to be an attempt by towns, cities, counties and other local governments to expel sex offenders altogether. This is a clear understanding that the US Sex Offender Registry Violates the World Human Rights Protections against being moved by Government decree.

b.          I wrote a letter requesting of **Mayor Michael Koplinka-Loehr**, then Mayor of Trumansburg, NY to allow me permission and encouragement to move into the town of Trumansburg. The Mayor wrote a response back to me, stating, in effect, "[I don't allow sex offenders to live in Trumansburg.]" I suppose this is a common theme of many municipalities throughout the United States.

c. There is a **YouTube Video** entitled: "Public not warned about sex offender camp growing in Tampa Bay Woods." It is clearly not in the interest of Florida Statespersons to grant Human Dignity to sex offenders wherever they end up living.

d. There is a **YouTube Video** entitled; "Florida Sheriff: Sex offenders not welcome at hurricane shelters." It is my belief that sex offenders are welcome to enter local jails and prisons in case of hurricane. Why is it that human rights to be free of being forced to comply with being relocated and moved and imprisoned in order to find safety not only from storms but from the Powers that be who force those on the registry to obey them must have their dignity and humanity robbed from them?

**4.1 The US Sex Offender Registry is a roadmap that has led to the following murders/assaults:**

28

a.        **February 5, 2024, KHOU News out of Houston, Texas**: James Lewis Spencer III, is charged with murder in the May 2023 Shooting of Sean Connery Showers, 37, near the Heights. {Also reported by 'FOX 26 Houston, YouTube', with comments: "Thank you for your service to humanity sir." etc.}

b. Marriane Bachmeier was sentenced to **6 years for killing Klause Gabowske** who was being tried for sexually abusing her seven year old daughter and was paroled after 3 years. A slap on the wrist for murder of one on the registry.  Other news reports bring out that Marianne Bachmeier was a hero to others.

c.  A news report brings out a man who beat to death the man who sexually abused his 5 year old daughter received **no criminal charges in Texas**.

b.        **YouTube brings out January 8, 2024 a video** entitled: "Five mothers who took revenge on child molesters." And it shows a bare chested man with the letter "Z" carved on his chest with the superscription: "She cut off his d#ck." [How does this sort of absurd assault make the world we live in safer?]

c.        There is a **video being shared among social media** detailing "He killed his molester as a teen. Should he be deported?"  And it details how the illegal immigrant completed only an 11 year sentence and the American law call for his felony to disqualify his citizenship.

d.        There is a **YouTube video** titled "20 paedophiles who received instant justice."

e.        A **YouTube video** titled: "Beware. A killing for the right reasons." Reports a Canadian man who searched the US registry for the name and address of a person in Maine,

and then successfully murdered 2 people. These murders were only committed because there is a sex offender registry.

f.           A **YouTube video** brings out a man named Goldsby who was in a cell where they put a man who sexually assaulted a family member of his. It seems he asked many times for cell transfer but was denied. Eventually he killed his cell-mate and 25 years was added to his sentenced. The comments bring out how the general public demands a pardon for him bringing about pest control for his murder.

g.           Another **YouTube video** is entitled, "They boiled him alive". 'The video holds comments conveying that he got what he deserved.

h.           A **YouTube video** is titled, "I killed my peodophile husband." The comments bring accolades, and the woman only got a 6-month sentence as the judges agreed that vigilante style punishing those on the registry deserve death and is totally acceptable.

i.           The "**Valley Channel 12 News" from Phoenix, Arizona** brings the report: "Sex offender found bound, killed in Phoenix auto parts store." The report continues: "…Police discovered the body of 73 year old Reginald Locke inside his home near 24th and Roosevelt after he was reported missing Monday night." There is no mention of an investigation to find his murderer.

j.           The **New York Times reports, Sept. 7, 2005**, "…killings of two convicted sex offenders in Billingham, Washington….Washington sex offender registry is 15 years old…"

k.           **KLKN TV, July 15, 2021** reports, "Omaha man gets prison for fatal shooting of sex offender." It mentions, "Fairbanks", not knowing "Condolucci".

l.          The **US Sun, June 12, 2020** reports: "Man says killing sex offender is justified and jury won't convict."

m.          The **New York Times reports, July 26, 2013**. Reports, "Double murder seen as mans' quest to kill Sex Offenders". Parkers death was intended as the opening faze of a man's quest to purge sex offenders from Union County

n.          **KARE 11.com** reports, March 20, 2023, "Sheriff: Gran Marais man kills sex offender with Antler".

o.          **WYFF$4.com** reports May 6, 2014, "A man and his wife pleaded guilty to killing a registered sex offender and kissed in court after they were…"

p.          The **Atlantic.com of December 4, 2024** reports, "How could anyone support a sex offender? Where could they send Drum money?"

q.          **NPR.org, 4/21/2006,** reports, "Murders put focus on sex offender registry." And the article goes on…"Nobody knows why Stephen Marshall killed two men who were on the sex offender registry in Maine…" [In my opinion, he had killed them because he felt like it, and because there is a Sex Offender Registry.]

r.          **VICE, of March 28, 2018**, reports: "How sex offender registry can result in vigilante murder". And the article goes on, "His friend in prison, Patrick Drum…"

s.          **Omaha.com reports, May 26, 2023**, "Hero or Devil? Omaha man sentenced to 40-70 years for…" And the accompanying article goes on "James Fairbanks contemplated a self-defense claim in April, almost a year after he shot and killed Mattieo Condolucci, but…"

t.          **On March 14, 2023, WCHS TV reports** "…a Minnesota man charged with murder for killing former sex offender with a shovel".

u.          **Wikipedia** lists Stephen Alexander Marshall as an American Canadian vigilante who searched publicly available sex offender registries in the United States for the names and addresses of convicted sex offenders before travelling to Maine in the Northeastern United States and murdering two."

v.          **Prison Legal News** reports Michael Clarke filed a report "Vigilantes Assault, Rob and Murder Sex Offenders" and that report contained information about dozens of assaults and murders of those on the registry from information gathered from the registry.

w.          **Alaska Dispatch News on Feb. 26, 2018**, reported Jason Vokovich was sentenced to 23 years for assault on 3 registered sex offenders. He will be eligible to ask for parole in 6 years. Judge Marston stated: "The Sex Offender Registry is there in order to keep people safe". [This is a lie. The Sex Offender Registry is implemented to terrorize neighbors and to produce vigilantes who assault and murder those on the registry.] However, if having a Sex Offender Registry leads to violence, why is it heralded as keeping the public safe?

x.          **News9 reports of October 7, 2023**, reports "Alleged sex offender attacked behind bars after being publicly named." So I assume News9 publicly named the person, then reveled in its own bad behavior of putting his likeness on the news knowingly putting this person in danger.

y.          **WSLS10 News** reports John Carlin and Lindsey Eard reported after 3 teenagers lured a sex offender to their home and ambushed him there.

z.          I cannot emphasize, the Judges of United States District Courts have ruled only if the sex offender registry is punishment, and, of course they don't have any real idea of

32

what their ruling that it is "not punishment" means. It is a killing ground and battle land for

punishment.  It appears, they will not obey case-law, and that the Judges will not obey

Constitutional Law.

aa.              **Held in Wichita County Jail in February 2018** was Michael George Corey

in jail for three and a half years on 45 counts of crimes reported as being beaten 15 times by

3 jail inmates in minute long attack after they saw his trial on the news.

bb.              There is a **YouTube Video** titled "AZ Family\Arizona News" listing "Man

found shot to death is registered sex offender, Mesa Police…" Police say Gavin Radzinski

was convicted..and he was murdered.

cc.              **NBC Los Angeles announced, Jan 17, 2020** titled, "Northern California

Inmate Kills Sex Offender and wounds another", going on, "One inmate fatally struck a fellow

prisoner and critically wounded another…"

dd.              **The News, "The Daily Breeze", announced Jan 12 2018** 4 men charged

with killing Redondo Beach sex offender during home invasion: saying, the victim died

November 28….

ee.              The **News, "LAist" lists**, "For the third time this month, a sex offender is

apparently murdered…" and that the man was found dead in his cell of the CI\California

State Prison\Los Angeles County…

ff.               Under **WISN news, Of Oct. 17,2018** comes the article, " Suspect I brutal

Ohio murder of sex offender arrested in Oak Creek, and the article goes on: "Savage, 61,

was identified as a suspect in the death of Steven Johnson in Clay Township, Ohio on Oct. 8

records show…

gg.          **NBC4** brings out the following news article from Columbus, Ohio, "Ohio sex offender killing sees no charges for SWAT deputies-NBC4.  Dec 16, 2022- A Tier I sex offender, Striblin was convicted in April 2021…

hh.          There is a news article and several videos on YouTube regarding deceased Trevor Morris, a convicted sex offender arrested in 2018 at the age of 24 and charged with possessing child pornography. It was first reported by the **South Carolina Dept. of Correction** telling the lie that Mr. Morris was released on December 1, 2023. In truth, he was murdered while in prison after the news broadcasted his trial on television.

ii.          There are several unnamed persons who have been murdered by the existence of the US Sex Offender Registry. I believe to list them would be an ad nauseum bother to us all.

**5. The World Human Rights Commission can rescue those on the US Sex Offender Registry from being moved away from society and the Freedoms guaranteed by the US Constitution.**

**a**. As is stated within this Petition, those on the US Sex Offender Registry are labelled as not deserving any freedoms. They are moved away from the mainstream of society by laws directed to force them to live in the Everglade forest of Florida, under bridge overpasses, and in cardboard boxes which they must stay at as if it was their home in all states.

**b.** Those on the US Sex Offender Registry are forced to stay on Island reserves allotted only for those on the registry in States such as Michigan. They are not allowed to leave. T he World Human Rights Commission is appointed as the organization to halt this gross violation of Human Rights. This petition asks the World Human Rights commission to put a halt to the US Sex Offender Registry.

Revealed above are instances where the US Sex Offender Registry is a questionable at best law that rewards murder. This can never escape notice. No amount of sugar will make murder disappear. It matters not who murdered who. What matters is that human beings are being murdered because of the existence of a US Sex Offender Registry. There is no denying, the registry does not protect the registered.

In my neighborhood, I moved into my house in or about 2017 or 2019. That slips me. However, I had a good relationship with my neighbors until an email with the make and color of my car, my photo, my address, my appearance,etc.,was mailed to everyone in town giving my information along with several others on the registry for all of the public to see. After accepting the invitation to receive information from the sent email, everyone in town knows who I am and what I did 30 years ago. Now you will find no one walking the streets for several blocks around my house. You will find no one playing outside nor having fun-adults and children-in their yards any longer. No one will talk to me nor will they acknowledge me. So, does the fact that I exist make children unsafe? Or does the fact that there is a US Sex Offender Registry make children unsafe? I guess we all know that it is not me. It is the US Sex Offender Registry-an illegal law- that makes everyone in town and in the United States unsafe.

I have shown herein that the US Sex Offender Registry is a threat to the public, to those on the registry, and to the peace of persons searching for peace, and the US Sex Offender Registry violates the US Preamble to the Constitution, The US Constitution and the protections provided to persons by the Human Rights Commission. I have also shown that the US Sex Offender Registry is Repugnant to the US Constitution and violates the Judicial Decision of Marbury vs. Madison. There are many more violations of Laws, however, I reserve these violations for revelation as this petition goes forward. It is for these reasons that

this petition to order the end of the US Sex Offender Registry, to award damages to me and to those whose Constitutional rights have been denied, and to punish those enforcing the Registry should be granted.

I, John Doe, hereby swear under penalty of perjury that all of the foregoing is true to the best of my ability and can easily be corroborated by simple research on the merits of this petition. I have shown that the US Sex Offender Registry is Repugnant to the Constitution and according to Marbury vs. Madison this law is Null and Void. I should therefore be compensated for the violation of my civil rights by the existence of this illegal law.

Certification

I hereby certify that a copy of the enclosed was sent on this day,

_July 2_, _2024_ to the following:

United States Department of Justice

Civil Rights Division

10th Street and Constitution Avenue, NW

Room 5643

Washington, DC 20530


United States Department of Justice

950 Pennsylvania Avenue NW

Washington, DC 20530


_John Doe_, 7/2/24

John Doe

36.