FEB 7 2025 PM 1:11
FILED - USDC - DPT - CT

US District Court Clerk

915 Lafayette Blvd.

Bridgeport, CT 06604


**AMENDED COMPLAINT**

**John Doe**                    **3:24-CV 01146 VDO**

Vs.

**Former President William Clinton**, in his Official Capacity and in his Personal

Capacity

**Former President George W. Bush,** in his Official Capacity and in his Personal

Capacity

**United States Congressional Members of the House and Senate**

In their Official Capacity

**Director of the Department of Commerce** In his/her Official Capacity

**Director of the Judiciary Department** In his/her Official Capacity

**Director of The office of the FBI** In his/her Official Capacity

**Director of the Office of Justice Programs** In his/her Official Capacity

**Director of the Department of Justice** in his/her Official Capacity

**Director of the Bureau of Prisons** In his/her Official Capacity

**Director of the Department of State** In his/her Official Capacity

**Director of the Bureau of Justice Assistance** In his/her Official Capacity

1

**Director of the Department of Defense** In his/her Official Capacity

**Secretary of Defense** In his/her Official Capacity

**Director of the Norwalk CT Office of Adult Probation** In his/her Official Capacity

**Director of the Bureau of Indian Affairs** in his/her Official Capacity

**Director of the National Conference of State Legislators** In his/her Official Capacity

**Director of the Director of the Connecticut Department of Public Safety** in his/her Official Capacity

**Director of the Norwalk Connecticut Department of Adult Probation** in his/her Official Capacity

**Director of the Office of Sex Offender Sentencing, Monitoring, Apprehending, and Tracking (SMART Office)** In his/her Official Capacity

**Representative Nancy Pelosi** in her Official Capacity

**Representative Ken Calvert** in his Official Capacity

**Representative Steny Hoyer** in his Official Capacity

**Representative Marcy Kaptur** in his Official Capacity

**Representative Hal Rogers** in his Official Capacity

**Representative Chris Smith** in his Official Capacity

**Representative Frank Lukas** in his Official Capacity

**Senator Chuck Schumer** in his Official Capacity

**Senator Mike Crapo** in his Official Capacity

**Senator Ed Markey** in his Official Capacity

**Senator Kim Ward** in her Official

**Senator Ron Wyden** in his Official Capacity

2

**Senator Chuck Grassley** in his Official Capacity

**Senator Susan Collins** in her Official Capacity

**Senator Mitch McConnell** in his Official Capacity

## AMENDED COMPLAINT

**THIS IS A FEDERAL LAWSUIT BROUGHT FORTH UNDER $1983 OF 42 USC AND UNDER $1985 OF 42 USC FOR VIOLATIONS OF CONSTITUTIONAL AND HUMAN RIGHTS BY THE DEFENDANTS OF THIS ACTION , VIOLATIONS BY THE ENACTMENT AND ONGOING EFFORT TO INGRAIN INTO THE AMERICAN WAY OF LIFE OF THE UNITED STATES THE US AND STATE SEX OFFENDER REGISTRIES. I ASK THE COURT TO ORDER TERMINATION OF SAID LAW, THE REGISTRY, AS UNCONSTITUTIONAL AND TO LEVY FINES AND AWARD COMPENSITORY DAMAGES, TO AWARD LAWYER FEES AND OTHER FEES, TO AWARD PUNITIVE DAMAGES, AND TO ENFORCE LAWS AS ALLOWED TO PUNISH THOSE RESPONSIBLE FOR ANY FUTURE ENFORCEMENT OR REVELATION OF**

**<u>MY PERSONAL INFORMATION IN ANY MANNER ASSOCIATED WITH THIS</u>**

**<u>REGISTRY, AND FOR VIOLATIONS OF CONSTITUTIONAL AND</u>**

**<u>FUDAMENTAL HUMAN RIGHTS PROTECTED BY THE WORLD HUMAN</u>**

**<u>RIGHTS COMMISSION</u>**

I, John Doe, pro se in this matter, come forth and bring this Petition under 42 US $1983 against all listed State Agents in their Official Capacity all acting under Color of Law, and under 42 USC $1985 against 2 Presidents in their Official Capacities and in their Individual Capacities, and 42 USC $1985 against all Federal Agents in their Official Capacities, all acting under Color of Law, for Constitutional Violations and Violations of my and other's Fundamental Human Rights, asking the Court to put an end to Constitutional and Human Rights Violations of the United States and State Sex Offender Registries and to order the termination of the Sex Offender Registry in perpetuity, seeking compensatory damages in the amount of $35 million dollars (at 35 years on the registry), $50 million dollars in punitive damages, declaratory judgment that the US and State Sex Offender Registries violate the US Constitution and that the US and State Sex Offender Registries violate already established Case-Law and that the US and State Sex Offender Registries are illegal laws, and that the US and State Sex Offender Registries Violate the Rights Protected by the -World Human Rights Commission, and to award punitive and other damages, and attorney's fees, and to punish those heretofore enforcing the registry for the following reasons:

1. **The US and State Sex Offender Registries violates my protections of Clear and concise case-law and their policies violate Clear and concise case-law.**

4

2.  The US and State Sex Offender Registries are in united in a conspiracy to violate my protections of The Constitution, The Bill of Rights, and the Declaration of Independence

3.  The US and State Sex Offender Registries conspire to Violate the Human Rights safeguarded to me by the World Human Rights Commission which protects crimes against humanity and the …."the victim of the attack can be any civilian population, regardless of its affiliation or identity" and this includes me and others on the US and State Sex Offender Registries. The World Human Rights Commission can rescue me and those on the US and State Sex Offender Registries from being moved away from society and the Freedoms guaranteed by the US Constitution.

4.  Federal Sex Offender Legislation, voted unanimously by the Legislators of our Country and are a complete listing of Conspiracy of all State and Federal Agencies to violate the rights of me and those on the US and State Sex Offender Registries in near totality, and this has been done under the Leadership of 2 or even more Presidents who abandoned their Oath to Uphold the Constitution but instead violated their oaths to make their mark on America together with others.

5.  The Connecticut Department of Public Safety is conspiring with State Agencies of Connecticut and with under the instruction of the United States Legislature to violate my Constitutional Rights to Equal Protection of Law, Due Process, Privacy, Liberty, and  Cruel and Unusual Punishments, it violates my Rights Protected by the American Declaration of the Rights and Duties of Man which provides protection from abusive attacks on my honor, reputation, and private life, and the

**Bill Of Rights protections incorporated into the Fourteenth Amendment by the Supreme Court making them applicable to the me and the states.**

6. **Norwalk Office of Adult Probation is in Violation of my Right to be Free of Cruel and Unusual Punishments, My right to Privacy, My Right to Equal Protection of Law, My Right to Liberty and my Right to Due Process**

1. **The US and State Sex Offender Registries violate Clear and concise case-law forbidding this law in the following ways:**

In 1803 in the case of **Marbury vs. Madison,** Justice Marshall ruled in never challenged case-law. That ruling **is "Any law repugnant to the Constitution is null and void."** **Marbury vs. Madison, 5US (Cranch) 137,161,167.** (Oxford **Languages: "Repugnant":** incompatible with. A bylaw must not be repugnant to the general law of the country.) Justice Marshal overturned law enacted by Congress and signed by the President. Justice Marshal was not afraid of the law or the Constitution. He held the Constitution in the highest regard.

The decision in Marbury v. Madison has never been disturbed. Would the Courts enforce such a law in the face of an express Constitutional provision? They would not, he continued, because their oath required by the Constitution obligated them to support the Constitution and to enforce such laws would violate the oath. Chief Justice noted that the Supremacy Clause gave the Constitution precedence over laws and treaties, providing that only such laws "which shall be made in pursuance of the constitution shall be the supreme law of the land." **(Marbury v. Madison) .**

5

**Article VI , paragraph 2 of the US Constitution is commonly referred to as the Supremacy Clause. It establishes that the federal constitution, and federal law generally, take precedence over state laws, and even state constitutions.** The Courts of today are under obligation to obey the ruling in Marbury v. Madison. They are under obligation to terminate the disobedience to law and the protection of Constitutional rights violated by the US and State Sex Offender Registries.

Why did Justice Marshal make this ruling? Because the Constitution trumps all laws. The Constitution is the Document that dictates laws as to whether they are legal or illegal.  Justice Marshal used the term "Any Law". He did not assert: "This Law", or, "That Law", nor did he use any such language to omit any certain law. The US and State Sex Offender Registries violate my protections of Justice Marshall's ruling in this clear and concise case-law and that will be explained in more detail in the following sections. Those who enacted and enforce the Sex Offender Registry fail to take into account any accountability to the US Constitution.

Justice Marshall put forth the following as the example to the US Courts to follow in applying Judicial Review:

**The National Constitution Center, <u>Marbury v. Madison</u> (1803)** "The Constitution is either a superior, paramount law, unchangeable by ordinary means…repugnant to the Constitution is void."

Chief Justice Marshall began his discussion of judicial review by opining. "The question, whether an act, repugnant to the constitution, can become the law of the land, is a question deeply interesting to the United States; but, happily, not of an intricacy proportioned to its interest.⁴ In answering the question in the affirmative,

6

Chief Justice Marshall first recognized certain fundamental principles. The people had come together to establish a government. They provided for its organization, assigned powers to its various departments, and established certain limits not to be transgressed by those departments. The limits were expressed in a written constitution, which would serve no purpose "if these limits may, at any time, be passed by those intended to be restrained"[.]5 Because the Constitution is "a superior law unchangeable by ordinary means, a legislative act contrary to the constitution is not law.."6

The Chief Justice then asked, "If an act of the legislature, repugnant to the constitution, is void, does it, notwithstanding its invalidity, bind the courts, and oblige them to give it effect?".7 The answer, thought the Chief Justice, was clear: "It is emphatically the province and duty of the judicial department to say what the law is. Those who apply the rule to particular cases, must of necessity expound and interpret that rule. If two laws conflict with each other, the courts must decide on the operation of each".8 If a statute and the Constitution both apply to a single case, and conflict with one another, "the courts must determine which of these conflicting rules governs the case. This is the very essence of judicial duty."9 Because "the constitution is superior to any ordinary act of the legislature, the constitution, and not such ordinary act, must govern the case to which both apply." 10 To declare otherwise, Chief Justice Marshall said, would be to permit the legislature to "pass at pleasure the limits imposed on its powers by the Constitution." 11.

The US and State Sex Offender Registries are, at best, a fine example of the legislature of every State, under the instruction of President Clinton, Congress, and President Bush to violate my Constitutional rights and "pass at pleasure the limits

imposed on its powers by the Constitution. (These limits and their radically applied application of the US and State Sex Offender Registries will be revealed as the rest of this complaint goes on. I believe that an application of review, when applied to the existence of the US and State Sex Offender Registries, will show that they are a violation of law.

President Clinton, a previous graduate of Georgetown University and the Yale Law School, and a known States Attorney General, and well aware of the ruling in Marbury vs. Madison and that his actions were illegal, in the later days of his presidency, met with John Walsh, a citizen who had found his son missing and later murdered. President Clinton listened to the then broken man and was convinced that he should do as the man wished. As the President listened, he soon abandoned his oath taken at his appointment as President to protect the Constitution and violated his promise to protect the Constitution and while violating his Constitutional Obligations which President Clinton abandoned he thus put himself above the law* and acting in his own behalf he signed and enacted this registry and in an act of Tyranny (**Oxford Dictionary**: **"Tyranny"** <u>cruel</u>, <u>unreasonable</u>, or <u>arbitrary</u> use of power or control)  in cruel, unreasonable and arbitrary use of power or control in 1996 signed into law the US and State Sex Offender Registries. So it is that all members of Congress in unity and President Clinton have violated my Constitutional Rights of Privacy, my Rights Protected by the 2nd, 4th, 5th, 8th ,9th and 14th Amendments and without  regard to Due Process-which was totally disregarded, and other rights guaranteed by the US Constitution. As is shown in this petition, this illegal law has become a haunting abhoration for Statesmen to express their anger and to cement their Political position

8

without regard for the general safety of the American public or for me and others on the US and State Sex Offender Registries, and the Constitution and other Governmental Provisions as the Lawmakers inflict pain upon those on the registry for fun, amusement, and political gain. The then President Clinton is guilty of influencing the Congress of the United States to pass laws that violate the Constitution as it is revealed that it was a unanimous vote that would otherwise "have passed without any information" and who are guilty of enacting laws that the Presidents and Congress and State Legislators across this Country are not allowed to do as set forth in the Powers of the three branches of government. This petition for action asks to end this registry in total. It's enactment and ongoing activity is a resounding reflection of action of the Gestapo of times long gone. *(The basic **Gestapo law** passed by the government in1936 gave the Gestapo carte blanche to operate without judicial review-in effect, putting it above the law). These are the actions of the then President Clinton, President Bush, State Legislators across the Country, State and City Governments, City Social Services and local neighborhoods in general.  Pam Lychner, a deceased Flight Attendant acted in conspiring to influence the passage of laws directed at creating and maintaining the illegal and the ruthless application of laws that bring our great country to its knees as it allows the US and State Sex Offender Registries to exist. President George Bush added to this great violation of the Founding Documents of this Country in his 1996 passage of the NSORP.

Our American Congress is guilty of Violating the United States Constitution. By the actions of Congress regarding the laws surrounding the US and State Sex Offender registries, they have ingrained themselves in conspiracy and they render the

9

Constitution and the founding documents of this country to become useless pieces of paper set for the dumpster.

These unalienable rights are "endowed by their creator", as set forth in the Declaration of Independence and show that no man and no law is fit to take away what "their creator" has given them. The following sections will show how they have been taken away from me by the existence of the US and State Sex Offender Registries.

## 2. The US and State Sex Offender Registries violate my protections of The Constitution, The Bill of Rights, and the Declaration of Independence.

### A. The United States and State Sex Offender registries violate the my First Amendment to the Constitution of the United States which protects citizens from "Congress shall Make No Law respecting an establishment of Religion or Prohibiting its Free Exercise."

Free Exercise of Religion is an impossibility for me and those on the registry. The Pastors of churches are under mass order by the Authorities to report any one on the Sex Offender Registry in their midst to the Authorities. Those on the registry are under constant observation in their churches. There are laws that forbid those on the registry from freely exercising their religion. Those on the registry are forced to submit to being "WATCHED" while attending religious functions. This includes orders to Pastors to observe those on the registry and to accompany those as such as they enter and use the bathrooms at religious functions. There is no "Right to the Free Exercise of Religion" for those on the registry. Observing people is an order to violate my and other's rights to Privacy as well as violating my and other's right to security in their being. A church that I attended called the Authorities every time that I was observed with my family

10

members who included minors. Eventually everyone in my town knew that I was on the US and State Sex Offender registries by the actions of members of my church who reported having seen me in public with members of my own family. It is an extreme violation to my right to be secure in my being and it ultimately ended up with my arrest, I was arrested for being at my nephew's soccer practice. I was approached by the police after a woman told another woman I was on the registry. The police were called. They took my information, told me that they did not know what to charge me with, did investigating, and two weeks later came and arrested me at my house. I was charged and convicted of 1. Criminal Trespassing, 2. Loitering on School Grounds. I paid $5,000.00 to a lawyer who was not concerned with justice, but only concerned with pleading guilty to given illegal violations no matter how much I begged to address Constitutional protections, I was sentenced to 1 year of Probation, and threatened with 6 months in prison. This is a ridiculous play of our legal system and should not be allowed to happen. The school where this happened was a "Public School", giving no warning that I should be disallowed. I was convicted for attending the soccer practice of my nephew as he played a soccer game and for which I had to pay a lawyer $5000.00 for representation in court for which all he did was plead me guilty as those on the US and State Sex Offender Registries are given "no Voice" to defend themselves with.

**B. The US and State Sex Offender Registries violate my First Amendment's protection of Free Speech.**

Me and those on the US and State Sex Offender Registries, and as an American Citizens, are by statute not allowed to have facebook pages and other media pages banned for me in my State of Connecticut. If a state should allow media to me and other

11

American Citizens, we do so at being forced to submit to the authorities the media identifier or face jail for many years. This is how things play out and are enforced for me by this illegal and unconstitutional law. Not being allowed at school grounds or other social functions, those on the US and State Sex Offender Registries have no right to give voice to the way States and cities expend financial and other responsibilities that give real meaning to living in the modern world. I have no way to voice how my Constitutional protections should be established.

**C. The Sex Offender Registry violates my Fourth Amendment Right to be secure in my Papers. The Fourth Amendment Guarantees my Right to be Secure in my Papers and that I should be Free From Unreasonable Searches and Seizures and is violated in the following ways:**

**A.** In nearly every town in Connecticut and in each state there is a Sex Offender Task Force. They make it their business to visit my and other's residence by whatever it is that we register as our residence in my town and knock on my door once per year. They know who they are looking for and what my picture looks like. They demand to see me at the door and demand to see my Driver's License. They do this without regard for Due Process as guaranteed by the 8th and 14th Amendment to the Constitution in violation of my right to be secure in my papers. It intrudes on my peace, and it alerts the neighbors that I, by their presence, am a danger to my neighbors. Life should exist without having to be afraid of one's neighbors. As in my case, everyone in my town knows who I am, what car I drive, what I look like, and where I live. This is accomplished by the existence of the US and State Sex Offender Registries. And I feel intimidated

12

and in danger because of it, leaving me afraid and unable to partake in my town's social affairs and events.

**b**. Every couple of years, I, as a Sex Offender am ordered under threat to my safety by my Home-State Police through the mail to surrender myself and allow the State Police to seize me at the State Police Headquarters at the Department of Public Safety in Middletown, CT to produce my Driver's License and have my photo taken and my fingerprints constantly taken along with ordering me to provide other private information. This travel in my State is approximately 65 miles away from my residence and is a burden to me and to every Sex Offender in every State. This is all done without regard to my Constitutional Right to be free of cruel and unusual punishments and my right to be secure in my papers and my protections of my 5th Amendment right to privacy, as well as my 8th and 14th Amendment's guarantees of Due Process. Thus making the relinquishing of my Fourth Amendment Right to be secure in my papers and my freedom from unreasonable searches and seizures a law or I should face incarceration for many years. The heart of Violation of my Constitutional Rights to be free of unreasonable searches and seizure

**c**. It is demanded in every State to produce the person and their driver's License at the door, at the State Police Headquarters or equivalent to fulfill the task of producing and disseminating over the internet my and other Sex Offenders Name, Address, Scars, Marks, Tattoos, Place of Work, Job Title, School Address, Vehicle, Auto License Plate, Hair Color, Complexion, social security number, drivers license, and other private information taken in violation of the Fourth Amendment, and, if I move to Florida as I have very little family members left in my life, and as I may one day retire to Florida, I

13

would then be ordered to give up my right to vote until allowed my right to vote by the State board of Legislators and Judges. For me to be Secure in my Papers and to be free from unreasonable searches and seizures of the US Constitution as individual States see fit and then have that information then put out in the public forum through many forms of social media for the whole world to see on the internet, being unable to avoid the charge of a felony for not supplying this information and relinquishing my right to protections of the Fourth Amendment will land me in jail for many, many years. This is Coercion and is illegal. It is cruel and unusual to be forced to do anything by State and Federal Legislators, and do so "because we tell you to, or else" with prison in mind of disobedience is treasonous in that there is no care to provide Constitutional protections to me as if Tyranny rules our country, and it is blackmail.

a.        In the 1990s the United States Congress and President Clinton in conspiracy with State and Federal Legislators enacted the discretionary public notification procedures with the passage of Megan's Law providing for the public dissemination of personal information gathered under the illegally required registration of sex offenders to be used by the public and governmental bodies for any purpose whatsoever and in violation of my right to Constitutionally protected rights to be secure in my papers and to be free of fear and to the freedom to be left alone by the privacy protections the Constitution allows. President Bush went further and enacted NSORP, the National Sex Offender Registry program, both in violation of the Constitution.

14

**D. The US and State sponsored Sex Offender Registries violate my Fifth Amendment Right to remain silent and violate my Fifth Amendment Right to be free from incriminating myself in the following ways:**

I am threatened with incarceration to reveal four times every year, and once every couple of years as I am ordered to allow myself to be seized by the State Police, my complete private life to the Authorities or I am to face arrest, conviction, and incarceration without Due Process for failing to reveal just one item of private matters in violation of my right to remain silent and to be free from incriminating myself.* (I have provided herein a copy of the  State of Connecticut Sex Offender Registration form.) This includes where I work, where I live, if I am a student and where that school is, allow my fingerprints to be taken, they already have my vehicle information from DMV. This gives no protections of Equal Protection of Law to me, and I never exactly know if any part of registering may go wrong at any time and I end up in jail. The reason for me having no Constitutional protections is a Conspiracy which the State of Connecticut has taken part of along with the Federal Government to track, monitor, possibly follow and profile me for being on this illegal US and State Sex Offender Registry. Persons in society who have committed crimes are allowed more Constitutional Protections than me regarding remaining silent and not incriminating myself. There is no Equal Protection of Law guarantees for me as the result of this illegal law.

**E. The United States and State Sex Offender Registries violate the 8th Amendment protection against Cruel and Unusual punishments in the following ways:**

**A.** The Sex Offender Registries have different laws for penalties for failing to register. These penalties are extreme. These penalties violate social decency, and this is in

15

violation of the use of excessive force-forcing me to register "or else" and yet, (failing to register-actually, doing nothing, as other citizens of this great country do-"nothing"), brings the following terms of imprisonment: As an otherwise example, actor Jonathan Majors was convicted of assault on his girlfriend. His sentence was probation and anger counselling.

1.      Michigan imposes for failure to register-doing nothing: First Offense: Up to 4 year's prison and a possible $2,000 fine. Additionally, unintentional failure to register as a sex offender is a criminal offense punishable by up to two years in prison and a fine of up to $2,000.

2.      In Minnesota, First time convictions may result in a four year prison sentence. For subsequent convictions, you could face a minimum prison sentence of two years.

3.      Kansas, for failing to register can result in new criminal charges. These charges carry the possibility of prison time exceeding 20 years, depending on a defendant's criminal history.

4.      California failure to register is considered a felony offense that may be punishable by 10 to 30 years.

5.      Georgia failing to register can result in a prison sentence of 1-30 years for a first offense in Georgia.

6.      Florida failing to register can be charged as a third degree felony offense. A conviction can carry a $5,000 penalty and up to five years in state prison.

7.      Connecticut for failing to register is a Class D felony, and can result in a prison sentence from one to five years and additional fines up to $5000.

8.          In Indiana, failure to register can lead to severe penalties. Classified as level 6 felonies punishable by a 1 to 2 ½ year prison sentence and a maximum fine of $10,000.

9.          Virginia, failing to register is punishable by a jail sentence of up to 12 months and a maximum fine of $2,500.

10.         In North Carolina, a maximum penalty of 62 months of incarceration.

11.         In Texas, 2nd Degree Felony: 2 – 20 years in prison up to $10,000 fine.

I'm going to assert, that these sentences are meted out for doing nothing. They come with fines of gross magnitude which, if these punishments are allowed, leave anyone failing to register with no hope for any future after leaving incarceration for participating in Constitutionally protected activities. Acting like other citizens and relying on the Constitution's Protection of Equal Protection of Law, or for Asserting one's reliance on equal protection of law lends to no such understanding of any Statesman or Protective State worker willing to hear what the Constitution has to say about any type of Equal Protection of Law to any person on the US and State Sex Offender Registries. These are extremely cruel and unusual punishments that are not meted to others in society.

**F. The US and State Sex Offender Registries violate Ninth Amendment right to the US Constitution which guarantees: "The enumeration in the Constitution, of certain rights, shall not be construed to deny or disparage others retained by the people." And addresses rights, retained by the people that are not specifically enumerated in the Constitution. It is part of the Bill of Rights. The amendment was introduced during the drafting of the Bill of Rights when some of the American founders**

17

**became concerned that future generations might argue that, because a certain right was not listed in the Bill of Rights, it did not exist. In the following ways:**

a. My petition does ask the Court to address whether or not the US and State Sex Offender Registries violate my or anyone's right to the Right to Life as promised in the Constitution and our Nation's Declaration of Independence, as many sex offenders are killed in public and in prison due to the existence of the US and State Sex Offender Registries; I also ask the Court to address my other Constitutional provisions which the US and State Sex Offenders violate. Herein are listings of persons assaulted and murdered as the result of being on the Sex Offender Registry, with barely any justice for their loved ones and family, and society. It will leave open to the Court to decide if Life has other meanings that they will consider regarding this Petition. I have no knowledge of when any particular person in American society may kill me as the result of my being on the US and State Sex Offender Registry, however I am constantly in fear of this happening to me.

b. My petition asks the Court to address violations of the Constitution, the Bill of Rights, and the Declaration of Independence's unalienable right to Liberty and the pursuit of happiness. I must address if the Constitution is the Supreme Law of the Land. Because of the US and State Sex Offender Registries, States, Congress, the President, Local Police, Probation Officers, School Officials, Newspapers ,etc, the Internet-all of these venues are no longer answerable to the Constitution, and their actions violate my Constitutional protections every day. The US and State Sex Offender registries have by conspiracy with National Departments of our Government, opened up the flood gates to violate my Constitutional Rights and Privileges of Privacy. The Ninth Amendment to the

Constitution is my backbone to ask the Court to halt the US and State sponsored Sex Offender Registries and the Ninth Amendment gives me protections to ask this of the Court.

**G. The US and State Sex Offender Registries violate my Right to Liberty as provided in the 14th Amendment of the US Constitution, the Declaration of Independence and in the Bill of Rights and my Fifth Amendment protections by The United States ordering me to reveal my travels while exercising my Right to Liberty , and the Equal Protection of Laws in the following ways:**

**a.** First I will address the meaning of liberty. **("Liberty" Oxford Dictionary: liberty** 1. The state of being free within society from oppressive restrictions imposed by authority on one's way of life, behavior, or political views). Liberty means Freedom. Freedom to do what? Anything and everything persons not on the US and State Sex Offender Registries are allowed to do by Laws and Constitutional guarantees. Why is it that the US and State Sex Offender Registries denies the enjoyment of Liberty for the entire country? The US and State Sex Offender Registry violates this Amendment and the protections of Equal Protection of Law which allows me to travel freely, both in my city, state and nation. That will be detailed in this action. If I wish to leave the country to vacation in another country, the United States will ensure that the country that I wish to travel to denies me entry.

**b.** The US and State Sex Offender Registries are self-determined by each individual state as to how they dictate illegal laws regarding those on the registry.  But these laws of individual states are mostly united in denying those on the US and State Sex Offender Registries from entering a.) Schools/School grounds*. Those on the registry are

19

generally by law not allowed to drop their children off at school or pick them up or attend their school functions, such as soccer practice, plays, PTA [Parent Teacher Meetings].

b.) Churches, and anyplace where a child may be, for instance, in their home, with them in their car, or attending a social function.

\*.

c. The US and State Sex Offender Registries by laws of my state do not allow me nor those on the registry to live or walk or work where we want. We, in certain instances and mostly all of the time are not allowed to live or walk within 1,000-2500 feet from a school. We are in the same manner not allowed by the same distances to live or walk near parks or playgrounds. This is a violation of my right to privacy and my right to Liberty, and my rights to not be subject to arrest for relying on the Equal Protections of Law.

d. The US and State Sex Offender Registries force me to advise other States as well as Connecticut of my travel plans out of State. This include registering my address in the visiting State for the rest of my life under threat and penalty of incarceration, and, again, violating my Constitutional Rights to privacy, Liberty, Equal Protection of Law, 5th Amendment Right to remain silent, Right to protection from cruel and usual punishments, as well as other Rights, Like the Rights of Man, or the other provisions of the Constitution.

1. As is later brought out in this petition explained, many states forbid me and other persons on the US and State Sex Offender Registries from living within certain or all city limits. A clear violation of Liberty, the Constitution, and the Rights of Man, and a violation of the Rights Protected by the World Human Rights Commission. The US

20

and State Sex Offender Registry therefore denies and disregards those on the Registry from the "Unalienable Right to Liberty".

**H. The US and State Sex Offender Registries Disregard the Constitutional Right to the Pursuit of Happiness-a guaranteed right given by their creator as provided in the Declaration of Independence and by the limiting of the power of the government in the Bill of Rights, and in the Fifth and Fourteenth Amendment to the Constitution in the following ways:**

a. The pursuit of happiness is a thought provoking ideal. How and in what ways may I or any person endowed by their creator enjoy things among which is Happiness? Well, attending church is a way of enjoying this endowment. There can be no legal right to deny me or anyone the right to attend their religious function. In many states this right is violated. One such state is Kentucky. Their law states, in part, "The offender may not attend children's or teens' functions at church. A person must be designated to observe the person at all times while on church premises, never letting the person out of sight. Restrooms, in particular, pose a risk." How is it a risk for me to go to the bathroom as billions of other people do every few minutes?

b. ("Pursuit of Happiness" Sudbury Valley School: The phrase actually meant "the pursuit of a meaningful life", of a life that provides a person with a sense of satisfaction that what they are doing is...), or ("'A euphemism for the pursuit of wealth" Thomas Jefferson's Happiness.) So as a reference, I recently-within the last 2 years-sold property in Florida which I purchased to build a house on later in life. It was the Dracula-ic Laws of Florida at present that made it clear that moving to Florida was

21

not a clever choice for me. And that visiting my soon only remaining family members who now live in Florida would be no choice for me.

Florida has legislated to disenfranchise those on the registry from living or working in any of its cities. It goes to show if I or anyone on the registry can make a meaningful life, or, Pursue Happiness while living in the Everglades Forest under some branches, or living in a cardboard box under an overpass, or living in an abandoned car while no institution of economic advancement will hire such a person nor allow me or such an individual to work and earn an honest living. Still, yet, having to register that patch of dirt in the Everglades Forest, or the cardboard box under the overpass, or the abandoned car as my or their "home", although inhumane, do so register that cardboard box as my or their home in order to not be thrown in Prison and sentenced to dozens of years to the rest of my or their life.

c. Pursuing Happiness, as Endowed by the Creator, should, but rarely does, include me and those on the US and State Sex Offender Registries from being free to work where I or they want to, to live where I or they can afford to, to travel freely where I or they want to without restriction. To attend social functions as desired. And so many more things associated with Pursuing Happiness. This is a blatant disregard for my Unalienable rights endowed by their Creator to me or anyone on the US and State Sex Offender Registries.

The US and State Sex Offender Registries forbid to me many other activities associated with being on the Registry. As is shown, it violates my Constitutional Protection of the "Pursuit of Happiness" protection.

**I. The US and State Sex Offender Registries violate the Fourteenth Amendment to the United States Constitution section 1 which guarantees that "Nor shall any state deprive any person of life, liberty, or property, without due process of law".**

**Property: Defined as: "Property is anything (items or attributes/tangible or intangible)** [intangible property can include my personal and private information (sic, me)] **that can be owned by a person or entity. Property is the most complete right to something; the owner can possess, use, transfer or dispose of it. www.law.cornell.edu.**

**Due Process of law is: application by the state of all legal rules and principles pertaining to a case so all legal rights that are owed to a person are respected. Due process balances the power of law…Wikipedia. This Constiutional Right is violated in the following ways:**

a.             I am deprived of liberty every time that I Register for the Registry as I have to purchase postage stamps to mail my registry form-which threatens me with charges of felonies for failing to return "within 10 days of mailing". Nearly every time that I register, I am sent a second letter announcing that I have been violated for failing to register. A warrant would soon be issued for my arrest. And a second application to register is included. As every time, I mail my registration as "Certified Mail" which costs approximately $5. So that is $10 nearly every time that I register and as I try to leave a paper-trail for proof of Registration. I am tied to the line of the Post Office during working hours. Then I am deprived of property by having to pay the $5 and while I am away from work, I lose pay for loss of worktime. This is a clear violation of my right to be free from

23

"any state deprive any person of life, liberty, or property" and there is no due process of law. It is a State Sponsored Free-for-All, and an extortion operation.

b.          The right to Liberty is violated every time I or any person on the US and State Sex Offender Registries travel out-of-state. Out of State travel is a guaranteed right to every citizen in the United states, however, if I or any Sex Offender travels out of state and stays in another state for a duration of time, lets just say 3 days-as I am not sure of the exact number-I or that person on the US and State Sex Offender Registries must register in the state where that person has traveled. That is a lifetime registration. When I or that person returns home, after a 3 month passage of time, the person now must register in 2 states. And if vacationing into another state, a 3 state registration is required. This is for a lifetime period. That comes with each state's laws about paying to register, registering on time, jail for up to 30 or 40 years for failing to register in any of those states. How can anyone do this for their lifetime and feel like their right of guaranteed Liberty is secure? Their guaranteed right to Liberty is thrown into the gutter.

The US and State Sex Offender Registries violate my Fourteenth Amendment guaranteed right to Liberty, Due Process, Privacy, and a slew of other Rights.

**J. The US and State Sex Offender Registries violate the Fourteenth Amendment to the US Constitution in which guarantees, "No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States." In the following ways:**

This guaranteed protection of the 14th Amendment is violated by my State of Connecticut and several, or, namely, all states in the United States. Profound ways that this protection is violated are:

24

a.          There is an island in the state of Washington where those on the registry are forced to live by State Law. They are only allowed permission to leave the island by State Judge's permission. This is a reflection of the prisoner of war camps of the Second World War.

b.          I and those persons on the US and State Sex Offender Registries are denied the right to have a Facebook page as other Americans are allowed to. I and those persons are also forced to register AGAIN when vacationing to another State. And then I and those people are forced to Register for Life in TWO States, or THREE States, and so on. And this is for LIFE. States write willy-nilly laws which abridge the rights of me and those on the US and State Sex Offender Registries violating the Fourteenth Amendment in totality.

c.          Florida is one of the most notorious of States regarding those on the Sex Offender Registry. There are news reports of Statesmen announcing that State Law should ensure that "no sex offender should be allowed to live or work in any city in the State." And those on the registry are forced to live in "Villages for Molesters", in the Everglades forests, under Overpass bridges, in tents, in cardboard boxes, etc.,- and those living in such conditions are given no regard for mental health, physical health, food, water, clothing, protection, family, love, comfort, warmth, money, daily needs, sanitary conditions, etc. They are only shown hate, and they are required, as in all states, to report these places to the authorities in order to not be violated in terms of registering and thereby imprisoned for being hated and for obeying law. I and these persons are not afforded any protection of Equal Protection of Law Nor are we free from Any State Writing Laws Abridging any of these Protections in any form whatsoever

25

from Legislators who inflict harsh and untenable restrictions on me and those on the registry.

d.        Many of us on the registry in certain States must pay a fee, an extortion fee, to register on the registry. In some of the States, this fee is listed in their laws as "Part of their **punishment** is to pay a registration fee". It is an extortion fee paid in order to buy the right to remain free from incarceration. Just want to mention that United States Judges refuse to call the US and State Sex Offender Registries punishment. States enact laws which reveal the reality that Registering on the US and State Sex Offender Registries IS a punishment. Inability to pay will incur a 6 month sentence and then another one, and another one and so on. This is a great miscarriage of justice. Being forced to live without human feelings of empathy leaves me and those on the registry and their neighbors at odds with one-another as there is no hope for I nor some on the registry of ever being protected by the 14th Amendment or any amendment or any law that gives them equal protection.

e.        In Duval County, Florida, for instance, there is a $25 fee every time someone has to register. Once again being forced to pay to remain free. In Florida, there is persistence in disenfranchising any registrant from living or working in any Florida City. How does one, for instance, crawl out from under a bush and have $25 every 3 months? It seems that it is acceptable to have a repeating episode of imprisonment for failing to amass $25 and thus to be thrown in jail for failure to pay a registration fee. There are no institutions of economic advancement in the Florida Everglades.

f.        I and those on the registry are never allowed to obtain a contractor's license, nor to own a store, and are almost unable to find employment. Every other American can do all of these things. There are videos on YouTube showing results as if violating Sex Offenders or if punishing or murdering them is a form of entertainment.

g.        November 16, 2023. New York passed "The Clean Slate Law". This clears the way to jobs and housing for convicted felons EXCEPT for me and those on the registry and those with Class A felonies. This clearly violates the "Equal Protection Clause" of the constitution.

h.        Every Presidential promise, Congressional meeting, Statesmen orders, and every law brought forth from any type of vote falls short for me and those on the US and State Sex Offender Registry. There is no Equal Protection of Law, No Laws that do not Abridge the Rights of me and those on the US Sex Offender Registry.

i.        Sex offenders are the most likely of persons in the US to be denied a job because no one chooses to hire me or any sex offender claiming that "We don't practice prejudicial hiring, but we are heading in a different direction." This places me and those on the registry several tiers below illegal aliens who are given preferential treatment in all phases of daily affairs. Again, how are I and those on the US and State Sex Offender Registries protected by the 14th Amendment? We have no Constitutional Protections. We are at the mercy of those in power, including common citizens, Police, Judges, Legislators, Presidents, and anyone who is influenced by the Mass Hysteria created by the US and State Sex Offender Registries.

27

j.          There is a New York based organization giving free apartment rental to persons crossing the border who have or have no report of being in this country legally, yet they are housed and rent is paid for at least a short time by this organization that will allow persons to get work to pay their own rent and later to be self-sufficient in paying their own way. This will never happen for me because I am on the sex offender registry. I would therefore need to find my own habitat which I would register at my state's office of State Police, whether that habitat is a tree in the Florida Everglades Forest, a cardboard box behind a mall in Connecticut, a car which I would have to register every time it moves. Registration involves reporting to the State Department of Public Safety and include all information to locate you, your car, your home, your job, your bodily markings including hair color, eye color, fingerprints, photo, height, sex, and photos of the top of your head. I would like to ask at this point, how does this information-posted on the internet keep anyone safe?

k.          I do not wish to generalize, because the injuries imposed on those on the registry are real. If you look up nearly any kind of adverse government standing, or any kind of abuse, these are the types of abuses inflicted by Federal and State Governments and citizens, and Presidents upon those on the registry. These include:

1. Emotional abuse

2. Textbook definitions of Abuse as well as Torture, Gas lighting, Silent Treatment of Mental Torture, Oppression, Socialism, and so many other abuses inflicted upon me and others who Governments, Bigots, Hypocrites, and all others putting one's social standing above those of an identified undeserving population of the modern, past, and future world and inflicting that debased hatred and torture on me and

28

other individuals on the US and State Sex Offender Registries seems to be enjoyable. It is an Anti-American movement aimed at hatred within society and by society. It is based on hatred, and that those and I deserve to be hated, abused, assaulted, and murdered at the hands of those doing such things who are regarded as Angels-though they do the work of criminally minded demons. It is my firm belief that the sex offender registry is implemented to make it meritorious to murder persons on the registry.

**K. The United States and State Sex offender registries violate the Fourteenth Amendment to the United States Constitution, of namely, "Equal Protection Law" in the following ways:**

a.        The information in this section is taken and made public in violation of the Fourteenth Amendment's guarantee "nor deny any person within its jurisdiction the equal protection of Law."

b.        The equal protection of Law is disregarded toward me and other persons on the sex offender registry. Equal protection is violated regarding being secure in ones papers, search and seizure and arrest, rights in criminal cases, right to a fair trial-**no person shall be held to answer for a ...otherwise infamous crime, unless on a presentment or indictment of a Grand Jury ...nor shall any person be subject for same offence to be twice put in jeopardy of life or limb, nor shall be compelled in any criminal case to be a witness against himself, nor be deprived of life, liberty, or property , without due process of law;** [all of these protections are violated as prescribed by Federal and State Law and are violated toward me on the sex offender registry, and all without any Due Process.] At times, the US and State Sex

29

Offender Registries are why I cannot find work, I cannot find Constitutional Protection, I cannot find safety, I cannot find friendship, my neighbors cannot find these things either. Coldness is all around every citizen. The result of the US and State Registries.

c. There is a report on the internet hosted by Walt Buteau, Dated Jul 30, 2030, 10:32 a.m., titled in part "…growing in Florida woods; public apparently not warned. It goes: "PINELLAS PARK, Fla. (WFLA)-A Florida camp powered by solar panels and a generator is home to about a dozen sex offenders who claim they were sent there by probation officers, but there is not indication the public was alerted. Land records indicate the tents that sit under a structure made from branches are on land owned by Florida Department of Transportation. An FDOT spokesperson said they were "not aware of this."" This is clearly a violation of Human Rights to mandate living away from society, secretly being held there by their Probation Officers and in accordance with the general "Not in my backyard" mentality of the socialistic ideas that grow in Florida. This violates being "Free from Cruel and Unusual Punishment" as well as Equal Protection of Law regarding being forced away from the general public, living in Tents, having no bathroom facilities, without regard for safety, without the necessities of life including food, work, water, areas for personal hygiene, freedom from danger, without hope, without any care for anything that others are given and receive by the merits of Constitutional Freedoms and Protections

**L. The US and State Sex Offender Registries violate the Fourteenth Amendment to the United States Constitution which protects every citizen's right to privacy.**

In the Fourteenth Amendment, **"the right to privacy** is implied by the guarantee of due process for all individuals, [including me, *sic, me*], meaning that the state cannot exert undue control over citizen's private lives. **Study.com. academy. Lesson"**

a. **"The California Constitution, Article 1, Section1 applies to both government and private entities. It was specifically designed to preserve our private lives and fundamental rights in the face of technological advances. (www.aclung, ACLU)"** This right is commonly violated without regard by my and other states and government authorities of the United States against me as my personal information is broadcasted about the internet and this includes all persons on the US and State Sex Offender Registry.

b. **The US and State Sex Offender Registries implement dollar oriented incentives violate my rights in my States and 15 States whose State Constitutions ensure the Right to Privacy in their State. This is a violation of the individual State's Promises to give the Right to Privacy to those on the US and State Sex Offender Registries.** 15 States promise the right to Privacy in their State Constitutions. These States are: California, Virginia, Connecticut, Utah, Iowa, Indiana, Tennessee, Oregon, Montana, Texas, Delaware, Florida, New Jersey, and New Hampshire-all of these States have comprehensive data privacy laws in Place. These States are in violation of their own Constitution in publishing the Private information on their Sex Offender website.

c. Florida is in severe violation of its own Constitution regarding individuals on the Florida Sex Offender Registry. It is: "Section 23. Right of privacy.-Every natural person has the right to be let alone and free from governmental intrusion into the person's

31

private life except as otherwise provided herein. This section shall not be construed to limit the public's right of access to public records and meetings as provided by law. (www.flsenate.gov>laws)."

d. Florida mandates releasing every detail of an invidual on the Sex Offender Registry. This is not limited to privacy in any detail of an individual, including eye color, hair color, car color, home color, skin color, tattoos, height, and several other private matters of an individual's life. My State of CT does the same thing, violating my right to privacy.

e. When I was under the supervision of the Norwalk, CT  Department of Probation, I was forced to pay for treatment. Other persons on probation do not need to pay anyone. This is a clear violation of Equal Protection of Law. Especially being forced to pay for treatment after being forced to "quit my job".

**M. The US and State Sex Offender Registries violate the "Privileges and Immunities Clause of the United States Constitution", which states, "The Citizens of each State shall be entitled to all Privileges and Immunities of Citizens in the several States." In Paul vs. Virginia, 75 US 168 (1869), the court defined freedom of movement as "right of free ingress into other States, and egress from them." This Constitutional Protection is violated in the following ways:**

a.  I am not provided "free ingress" nor "free egress" into or out of any State under the Protections of the Privileges and Immunities Clause of the US Constitution as the result of being on the US and State Sex Offender Registry. Forcing me to reveal my private matter of this nature to surrounding states and my State of Connecticut is a violation of the Privileges and Immunities clause. Incarcerating me as promised by the Registration form of Connecticut for failing to reveal my travel plans which are private to me in my

32

state or any state is a violation of this Protection. Forcing me to register in my state or any other state in which I do not live is a violation of the Constitutional Right provided by the "Privileges and Immunities Clause to the US Constitution."

Being afraid to come out of one's house or to be seen in public or to live in fear of ones' neighbor is not acceptable. Citizens deserve to be left alone, free to mind their own business, free of fear and harm. For instance, there is an email sent to all persons at least in my neighborhood, and as I believe every neighborhood in my city listing all of the names and photos of sex offenders in the area and about town and automobile, and addresses with all information available to the holder of the invitation, "Nextdoor", whom I believe is a Business in San Francisco. I went into Walmart and a young girl saw me at the entrance and screamed and ran away, I went to a bar about 1 mile from my home and the patrons knew and whispered to me that I was a sex offender. There is a young boy living near me who runs away every time he sees me.", These National Conference of State Legislatures are guilty of conspiracy in that they are held to no account regarding the invasion of my privacy, the refusal to grant me Constitutional protections, and they act in unison and in furtherance of violating my Constitutional Rights with the orders of other members of Congress and the other Government and State Agencies in America. The hounding interest to indulge themselves in the belief that I am to be viewed as a danger to society, puts them deep inside this conspiracy. I had a good relationship with my neighbors until an email with the make and color of my car, my photo, my address, my appearance,etc.,was mailed to everyone in town giving my information along with several others on the registry away for all of the public to see. The sidewalks and streets in my town are never inhabited by any children nor adults because of the information available

33

in the email invitation to enroll in the "Nextdoor, me Soundview-Bruce Avenue is waiting for your response. This invasion and interference is accomplished by "**Nextdoor**", an app revealing information about me to every person in Stratford-making it impossible for me to find employment in the city in which I live, and leaving me at the mercy, or without mercy, from **NextDoor**, a San Francisco company that cooperates and conspires with State Police departments and the respective state's Department of Public Safety throughout America to access the individual State's Sex Offender Registry and then email this information to everyone in America. This app will not let me access it because I am on the Sex Offender Registry. After accepting the invitation to receive information from the sent email, everyone in town knows who I am and what I did 30 years ago. Now you will find no one walking the streets for several blocks around my house. You will find no one playing outside nor having fun-adults and children-in their yards any longer, and much of the time there are no persons walking within the city limits. No one will talk to me nor will they acknowledge me. So, does the fact that I exist make children unsafe? Or does the fact that there is a US and State Sex Offender Registries make children unsafe? This ghost of the US and State Sex Offender Registries haunt every neighborhood in America. It is a ghost causing fear, murder, assault and abandonment. I guess we all know that it is not me. It is the US and State Sex Offender Registries-illegal laws- that makes everyone in town and in the United States unsafe.

Southern States mandate paying a fee charged to everyone on the registry at the time of registering. This fee is approximately $25 to register and remain free. It is possible to claim indigence as being forced into homelessness is a deterrent to being able to pay this extortion fee. But indigence will only last so long before the state department of

34

Public Safety issues a warrant for the arrest of those unwilling or unable to pay the extortion fee.

Violation of mandates will incur a 6-month jail sentence for failure to pay the required Registration fee. One such state is Florida, and I believe Georgia is such a state. This shows that paying to remain free is extortion. And is a violation of those on the Sex Offender Registry's 8th Amendment Right to be free of the loss of Property (income/ money.)

**3. The US and State Sex Offender Registries Violates the Human Rights against the relocation of persons safeguarded by the World Human Rights Commission. The US and State Sex Offender Registries Violate the Human Rights safeguarded by the World Human Rights Commission which protects crimes against humanity and the ...."the victim of the attack can be any civilian population, regardless of its affiliation or identity". The World Human Rights Commission can rescue me and those on the US and State Sex Offender Registries from being moved away from society and the Freedoms guaranteed by the US Constitution.**

a.          This is an issue throughout the United States in cities all over the country. There is a Download in part, part of the **Ocala, Florida, Code of Ordinances,** page listed: "2006 Wernick: In Accordance with Public Outcry: Zoning out Sex Offenders Through  laws aimed at keeping tabs on previously convicted sex offenders, state lawmakers have enacted residence restrictions prohibiting  sex offenders from living near schools and other child-centered facilities. Not satisfied with existing state legislation, numerous municipalities have passed or are considering laws imposing even harsher restrictions, In the spirit of the Not in My Backyard (NIMBY) movement,

these laws often appear to be an attempt by towns, cities, counties and other local governments to expel sex offenders altogether. This is a clear understanding that the US and State Sex Offender Registries Violate the World Human Rights Protections against being moved by Government decree.

b.          I wrote a letter requesting of **Mayor Michael Koplinka-Loehr**, then Mayor of Trumansburg, NY to allow me permission and encouragement to move into the town of Trumansburg. The Mayor wrote a response back to me, stating, in effect, "[I don't allow sex offenders to live in Trumansburg.]" I suppose this is a common theme of many municipalities throughout the United States.

c. There is a **YouTube Video** entitled: "Public not warned about sex offender camp growing in Tampa Bay Woods." It is clearly not in the interest of Florida Statespersons to grant Human Dignity to sex offenders wherever they end up living.

d. There is a **YouTube Video** entitled; "Florida Sheriff: Sex offenders not welcome at hurricane shelters." It is my belief that sex offenders are welcome to enter local jails and prisons in case of hurricane. Why is it that human rights to be free of being forced to comply with being relocated and moved and imprisoned in order to find safety not only from storms but from the Powers that be who force me and those on the registry to obey them must have their dignity and humanity robbed from them.

**The US and State Sex Offender Registries are funded by the Federal Government, and yet States Blackmail those on the registry into paying for their right to remain free by having to pay ridiculous amounts of money in order to remain free.**

The Department of Commerce pays each state to enact this illegal Sex Offender Registry. As I recall and through the "grapevine" (a Connecticut Prison Captain) in

36

prison, I believe the initial payments to states in the US was $2 million from the Department of Commerce. As the "grapevine" goes, the states jumped on the opportunity to receive $2 million each and every year. This was back in the year of 1994, or so, and I assume the amount is much higher now, when President Clinton signed his version of the Sex Offender Registry into law-still without the Constitutional power to do so legally. Obviously, it was arranged to pay each state in this manner so as to make the appearance that President Clinton had done nothing illegal. If payments were $2 million, it would seem that 2 persons at the Department of Safety would be paid out of this amount. And 4 persons would be needed to mail registration forms to those on the list. I'd assume state funding would pay probation officers so that their retirement benefits would accrue. 6 persons @ $80,000 is $480,000. A website would probably cost $30,000 annually. So, I believe, the cost of a Sex Offender Registry in each state would cost approximately $510,000 annually. This is a benefit of over $1,400,000 annually for each state in overpayments with adjustments not to be grossly out of line. Yet states such as Connecticut, whom I was under the oversight of per probation, charge those at the Mandated Group Sex Offender Meetings with Probation the cost then of approximately $50 weekly. This payment, for approximately 20 person per city would generate approximately $1,000 dollars weekly, and $50,000 annually per city of approximately 210 cities generates approximately $420,000. This is going back 35 year + or -. So States, with their extortion fees imposed upon those under the supervision of the Probation Department exacted funds from those on the registry to keep out of jail generating approximately $1,900,000 for maintaining a sex offender registry. I recall my Probation Officer in Norwalk, CT making me quit my job, because he said, "It's too close

37

to a school." So my parents paid the extortion fee of approximately $50 each week to allow me to be free of the threat of incarceration. God rest my parent's souls, they were happy to pay these extortion fees for me. I'm sure that costs have forced the Department of Commerce to raise these payments annually, or given as costs go up.   These payments from being Extorted is not legal and each and every Probation Department and Probation Officer should be punished for extorting those under their supervision . Those on probation for a crime of a sexual nature are the only ones on probation who are then forced to pay-as-they-go while on probation. By the nature of this payment, they are having their 8th Amendment rights to be free of loss of property and are surely being extorted as they are forced to pay or go to jail, through the issuing of a violation of probation warrant. They are by the nature of the Sex Offender Registry the lowest of income earners in America.


a. As is revealed within this Petition, those on the US and State Sex and Registries are labelled as not deserving any Constitutional Protections. We are moved away from the mainstream of society by laws directed to force us to live in the Everglade forest of Florida, under bridge overpasses, and in cardboard boxes which i or they must stay at as if it was our home in all states.

b. Those on the US and State Sex Offender Registries are forced to stay on Island reserves allotted only for those on the registry in States such as Michigan. They are not allowed to leave. The World Human Rights Commission is appointed as the organization to halt this gross violation of Human Rights. This petition asks the World Human Rights commission to put a halt to the US and State Sex Offender Registries.

**4. Federal Sex Offender Legislation, a complete listing of Congressional Conspiracy of all State and Federal Agencies to violate my and other's rights of those on the US and State Sex Offender Registries.**

Prior to 1994, there was no federal law governing sex offenders registration and notification in the United States. Beginning with the Jacob Wetterling Act in 1994 Congress started to address the issue, and it started a progressive conspiracy to violate the Constitutional Rights of me and others, and passed a series of bills from 1996 -2003 to enhance, clarify, and strengthen the provisions of the Wetterling Act. In 2006, Congress passed the Sex Offender Registration and Notification Act (SORNA), which fully revamped the federal standards for sex offender registration and notification, and repealed the federal standards outlined in the Wetterling Act. Since 2006, a number of bills have added to SORNA's provisions.

Since the beginning, the sex offender registry has violated persons rights with the following ways:

**1994: "Jacob Wetterling Crimes Against Children and Sexually Violent Offender Registration Act."** Enacted as part of the Violent Crime Control and LQ Enforcement Act of 1994, the Wetterling Act-

- Mandated public disclosure of information about —only national database "The National Sex Offender Registry registered sex offenders when required to protect the public".

- Provided that information collected under state registration programs could be disclosed for any purpose permitted under state law.

39

**Violation:** This massive collection by Mandate and in Conspiracy with all State and Federal departments to violate my Constitutional Rights, and disclosure of my and other person's private and personal information-including my photo-by the 1994 Jacob Wetterling Act is an utter complete violation of the protections of privacy in the United States Constitution found in the Griswold case that the First Third, Fourth, Fifth, and Ninth Amendments; and In the Fourteenth Amendment, **"the right to privacy** is implied by the guarantee of due process for all individuals, meaning that the state cannot exert undue control over citizen's private lives. **Study.com. academy. Lesson**". In this case, the State, as acted by the Governments of the land are in Violation of the Constitution.

## 1996: "The Pam Lychner Sexual Offender Tracking and Identification Act of 1996.

Established a law enforcement-only national database. The National Sex Offender Registry or NSOR) at the FBI to house information about registered sex offenders. The law also- required state registry officials immediately transmit sex offender information to NSOR. This Act was brought forth under the eye of then President George W. Bush, who also abandoned his post to Protect the Constitution, but instead, violated his oath to protect the Constitution. Allowed for the dissemination of information collected by the FBI necessary to protect the public to federal, state and local officials responsible for law enforcement activities or for background checks pursuant to the National Child Protection Act (34 USC 40101, et seq.).

**Violation:** This is in Conspiracy with all State and Federal Departments to violate my Constitutional Rights with the Act enacted above, the Jacob Wetterling Crimes Against Children Act of 1994. By its own unlawful name, "The Pam Lychner Sexual Offender

Tracking and identification Act", as "a law enforcement-only national database", this law violates the Constitutional Right to Anonymity, defined as "Anonymity; Providing anonymity of information collected from research participants means that either the project does not collect identifying information of individual persons (e.g., name, address, email address, etc.). or the project cannot link individual responses with participants identities." **Endicate College. Beverly, MA** and as follows, The Supreme Court has repeatedly affirmed that a right to anonymity ("without a name") lies in the First Amendment", which the Sex Offender Registry violates "the right of a person to be let alone, to be free from unwarranted publicity, and to live without unwarranted interference by the public in matters with which the public is not necessarily concerned" as the Court explained in <u>Strutner v. Dispatch Printing Co., 2 Ohio App, 3d 377 (Ohio Ct. App. Franklin County 1982.</u> The 1996 Pam Lychner Act forces the Court to think that the US and State Sex Offender Registries are a matter which the public is concerned with. It is not a reality that the public should be concerned with except by the unlawful existence of the US and State Sex Offender Registries and as they results in hatred and violence toward those on the Registry and the fear to come outside and get to know one's neighbors.

**1996; Megan's Law.** By the mid-1990s, some states had implemented the public discretionary notification procedures called for in the Wetterling Act. Congress passed the federal Megan's Law, amending the Wetterling Act, that-

- Mandated public disclosure of information about registered sex offenders when required to protect the public.

- Provided that information collected under state registration programs could be disclose for any purpose under state law.

**Violation:** This law is enacted in Conspiracy form with all State and Federal Departments in violating my Constitutional protections with the Jacob Wetterling Act and the Pam Lychner Act Above. The 1996 Megan's Law, which puts the US Congress at guilt and makes them guilty for Conspiring to perpetuate this hatred and fear of Americans and myself and for violating the rights of me and those on the registry, which mandate public disclosure of information about registered sex offenders when required to protect the public, and that it could be disclosed for any purpose. The public includes, as brought forth in Section 4.1 c. above, the man beaten to death by a Texas man for sexually abusing his daughter-for which no charges were filed. So it requires explanation as to just how the US and State Sex Offender Registries keep the **PUBLIC** safe. Also, as in memos accompanying this complaint, all of those other persons, who are the public, who have been murdered as the result of being on the US and State Sex Offender Registries proves that the Registry does not keep the public safe. It puts the public in danger. Making believe that enabling murder of persons hated by society is certainly a violation of one's right to life. The right to privacy is *"the wrongful intrusion into one's private activities in such a manner as to outrage or cause mental suffering, shame or humiliation to a person of ordinary sensibilities."* **See Hogin v. Cottingham, 533 So 2d 525 (Ala. 1988).** The right of privacy has two main aspects: "the constitutional right of privacy which protects privacy against unlawful governmental invasion.", and *"...a **tort** action for damages resulting from an unlawful invasion of privacy."* **McGraw v. Watkins, 49 A,D.2d 958 (N.Y. App. Div. 3d Dep't 1975).** It is for these reasons which I should have the right to sue for the invasion of my right to be free of disseminating my personal information on the Internet or any other means.

*The unwarranted publication of a person's name or likeness may constitute the most common means of invasion of the right of privacy. "The protection of name and likeness from unwarranted intrusion or exploitation is the heart of the law of privacy".* **Lugosi v. Universal Pictures, 25 Cal. 3d 813 (Cal. 1979).**
And for which the U.S. Congress is guilty of such unlawful governmental invasions of my

right to privacy.

## 1997: Departments of Commerce, Justice, and State, the Judiciary, and related agencies Appropriations Act of 1998. As part of a larger appropriations bill, certain

sections amended portions of the Laws above as follows.

- Added to the federal, and state offenses that are comparable to those listed in the Wetterling act.

- Required registered offenders who change their state of residence to register under new state's laws.

- Required registered offenders to register in the states where they work or go to school if different from where they live. Directed states to participate in the National sex Offender Registry.

- Required each state to set up procedures to register federal offenders and offenders sentenced by court martial.

- Required the Bureau of Prisons to notify state agencies of released or paroled federal offenders sentenced by court-martial.

- Required the Secretary of Defense to track and ensure registration compliance of offenders with certain Uniform Code of Military Justice.

**Violation:** This law is a further Act in conspiracy of the Bureau of Prisons and other Department acting in conspiracy of violating my rights to privacy and Due Process of the Acts mentioned before in this complaint. There is no end to the Conspiracy in Violations

of 42 USC  1985(3). These Departments are all of them guilty of further disseminating and ordering the publication by registering of my personal and private information as well as others and is an invasion of privacy, and to be free of government intrusion and to be Free of States Abridging these Federal Guarantees of our Constitution. I did not give my permission to any State or Federal agency to publish my personal information in any form for any purpose. The question of being forced to register and thus be coerced into allowing my personal information to be published on electronic or any means under the threat of incarceration is illegal.

The Restatement of Torts clearly provides that the acts constituting the invasion of privacy must be highly offensive to a reasonable person. However, in the case of wrongful appropriation of one's name or likeness restatement provisions provides that the act need not be highly offensive to constitute invasion of privacy.

One who appropriates to his/her own use or benefit the name or likeness of another is subject to liability to the other for invasion of his/her privacy. ***Allen v. National Video , inc. 610 F,***......where the Court held *"To constitute an invasion of the right of privacy, the use of a name or likeness must amount to a meaningful or purposeful use of the name of the person."* The purposeful use of my personal name and likeness with all other personal information on the registry is this type of invasion of my privacy for which I am suing these above agencies, Departments of Commerce, State, Judiciary, and related agencies of this Appropriations Acts in their official capacities.

1998: Protection of Children from Sexual Predators Act. As part of a comprehensive bill to enhance the ability to prosecute and punished child sex offense one section- .

44

- Directed the Bureau of Justice Assistance to carry out the Sex Offender Management -assistance program to help eligible states to comply with registration requirements.

**Violation:** Again, in Conspiring with all other State and Federal Departments to violate my Constitutional Rights, this bill was enacted to further ingrain into the American Culture the false belief that putting my information out over the internet is keeping America safe. I defy any ordinary American to venture out of my house at any time and explain that the haunting of reality to warn of the image that I am a dangerous person is keeping anyone safe; alternatively, it is keeping everyone in danger. This 1998 Protection of Children from Sexual Preditors Act in Directing the Bureau of Justice Assistance to pay the states to violate the rights to privacy as part of an illegal law is taking away the freedom of me and others to keep a good standing in my community. It makes rewarding states to continue violating my rights to privacy by, as I heard, that in the preliminary years of it's inception to law, the payment of $2,000,000.00 annually to state budgets to comply with this 1998 Act was the reward to the States, and enforces a force-fed belief that those on the US and State Sex Offender Registries are dangerous.

**2000: Campus Sex Crimes Prevention Act.** As part of Violence Against Women Act of 2000, this act-

- Required registered sex offenders to notify the state of each institution of higher education at which the sex offender worked or was a student and to notify the state if there was any change in their employment or enrollment status.

45

- Amended the Higher Education Act of 1965 to require institutions obligated to disclose campus security policy and campus crime statistics to also provide notice of how to obtain information about registered sex offenders.

**Violation:** A further Act in conspiracy to violate my rights to privacy, anonymity, without Due Process, by all State and Federal Departments and all other protections of our Constitution, are making our great leaders of our country guilty of conspiracy, as set forth in this act This 2000 Campus Sex Crimes Prevention Act forces States to comply and in fact facilitate the exchange of those on the US and State Sex Offender Registries private information to be a public record-even in multiple states. It does nothing to help protect the rights of those on the registry, and it forces the violation of citizen rights to freedom of movement in public. It encourages the Campus Security to "Be on the lookout" for those on the US and State Sex Offender Registries, putting the Powers That Be on college campuses at will to arrest and prosecute those on the registry for simply being at College events, and those events to which they have purchased tickets to attend, ie: Tickets to Rock Concerts, Tickets to Sporting events, Dinners, Community Affairs, The College Library, Tickets to the Opera, Annual College Fundraisers and Festivals, and things like these. These things are community affairs, and the public-including me and those on the illegal US and State Sex Offender registries- should have the freedom and liberty to attend these events and not be at the mercy of State Enforced compliance of the 2000 Campus Sex Crimes Prevention Act which allows those on the Registry to be arrested and incarcerated. This Act also is a violation of the Right of Liberty-the freedom of doing as one wishes guaranteed by the United States Constitution, Heralded in this Nations "Star Spangled Banner", and in the Declaration of Independence, and Promised in our Nations

"Pledge of Allegiance". ("Land of the Free", "Liberty and Justice for All", "Unalienable Right to Liberty"-that which can never be given-up nor taken away).

**Prosecutorial Remedies and Other Tools to end the Exploitation of Children Today, the  (PROTECT) Act.** **The Protect /act of 2003** was a comprehensive bill intended to strengthen law enforcement's ability to investigate and prosecute violent crimes against children. The bill addressed sex offender registration and notification as follows:

- Required states to maintain a website containing registry information, and required the Department of Justice to maintain a website with links to each state website.

**Violation:** This bill violates my Constitutional Rights, and is enacted in furtherance of a conspiracy with all other State and Federal Departments, Requiring states to maintain a website and the Department of Justice to maintain a website with links to each state's website is a total destruction of individual's rights to Liberty and the Constitutional protections of privacy.

**2006: Adam Walsh Child Protection and Safety Act.** **Title 1 of the Adam Walsh Act, the Sex Offender Registration and Notification Act (SORNA),** wholly rewrote the federal standards for sex offender registration and notification. The law-

- Created a new baseline of sex offender registration and notification standard for jurisdictions to implement.
- *Expanded the definition of "jurisdiction" to include 212 federally recognized Indian Tribes,* of whom 199 have opted to establish their own sex offender registration and notification systems.

47

- Expanded the number of sex offenses that must be captured by registration jurisdictions to include all state, territory, tribal, federal and military sex offense convictions as well as certain foreign convictions. .

- Created the Office of Sex Offender Sentencing, Monitoring, Apprehending, Registering, and Tracking (SMART Office) within the Department of Justice, Office of Justice Programs, to administer the grant programs authorized by the Adam Walsh Act and coordinated related training and technical assistance. .

- Directed the Department of Justice to establish the Dru Sjodin National Sex Offender Public Website (ww.NSOPW.gov) that provided for one point of access to search all state, tribal and territory sex offender registry websites.

- Established a Sex Offender Management Assistance program within the Department of Justice.'

Note; *Title 1 of the Adam Walsh Act was originally codified at 18 USC Title 42. It was re-codified at 18 USC Title 34 in 2017.*

Violations: This Adam Walsh Act, with conspiracy at its center in action with all other State and Federal Government Departments in action to Violate my Constitutional Rights is an act by then President George W, Bush, with its enactment into law, forced the US to enact the US and State Sex Offender registries-which is a reality, it reveals that it is open season on persecuting and prosecuting those on the US and State Sex Offender Registries by the powers that be as if it were a crap-shoot. Attend a child's school function-Arrest, fine, incarcerate, pay. Fail to register, or have one's registration form lost in the mail-Arrest, prosecute, incarcerate, homeless. Receive a notice to Register-Threatened with accusations of felonies with multiple years of incarceration

48

leading to homelessness and un-employability, destitution, hatred, possible murder as brought forth in section 4 of this complaint, all as the result of the existence of the US and State Sex Offender Registries. And so much more as this cycle repeats itself.

**2008: Keeping the Internet Devoid of Predators Act (KIDS Act).** To address the issue of online safety, the KIDS Act made the following changes to SORNA-

- Required jurisdictions to collect sex offenders' internet identifiers in the registration process.  .Barred disclosure of offender's internet identifiers.

Violation: This mass collection of my internet identifier is spying now brought forth to add to the conspiracy joined in with other State and Federal Agencies involved in the US and State Sex Offender Registries. The collection of US and State Sex Offenders Registries member's internet identifiers in the registration process is another force-fed requirement to jurisdictions to violate the rights to Freedom, Liberty, Privacy, Equal Protection of Law, and the Pursuit of Happiness guaranteed by the US Constitution. Being chased by the existence of the US and State Sex Offender Registries for things that otherwise common citizens are free from is a Violation of my Right to Equal Protection of Law. It forces my identity to be scrutinized by the jurisdictions "Big Brother" oversight. It is an abhoration of the freedoms that persons not on the US and State Sex Offender Registries enjoy. All part of the illegal operation of the United States and State Sex Offender Registries is a database that the FBI keeps through its involvement in conspiring with all other State and Federal Agencies to violate my Constitutional Rights containing the Internet Identifiers of every person on the US and State Sex Offender Registries. This puts the FBI at the heart of conspiring with other Federal and State organizations to violate my rights because of my inclusion on the US and State Sex Offender Registries.This is a gross violation of spying on those on the US and State Sex Offender Registries which is a crime in this country punishable

49

by up to death. If a US citizen hacks the FBI Database, that citizen faces up to death. If the FBI looks at the database of those on the registry they are thrilled at facing no punishment at all.

**2015: Military Sex Offender Reporting Act.** As part of the justice for Victims of Trafficking act of 2015, and as an amendment to SORNA, these sections-

- Required the Department of Defense to submit information on any sex offender convicted via court-martial to NSOR and NSOPW

Violation: This adds the Department of Defense to the conspiracy of violating the Constitutional rights in union with other State and Federal Departments of me and anyone on the US and State Sex Offender Registries. Any tracking Act, this one in particular, is an affront to the Military's Freedom to Equal Protection of Law, The right to privacy, the right to be free of government intrusion, and so many more violations of our Constitution which are regarded as good when "Bad is Good" is the Motto of the US and State Sex Offender Registries and their related illegal laws are a detriment to our Country and Freedom. This has to be stopped. Why hasn't anyone put an end to Constitutional Violations of Civil Rights, as well as the Violations of World Human Rights? This Act further perpetuates that I am a danger to the world. No other lie could be further from the truth.

**2016 international Megan's Law.** To address international travel by registered sex offenders, this 2016 law mandated the following-

- Required offenders to provide advance notice of any intended international travel.
- Required jurisdictions to submit international travel information.

Violations: This 2016 law is a further violation of my right to travel in conspiracy with the other State and Federal Departments in maintaining the US and State Sex Offender Registries and the false belief that I am to be viewed as dangerous. This is simply going too far. Requiring jurisdictions to submit international information of me and those on the US and State Sex Offender Registries is a complete disregard of our Freedoms and Constitutional Rights. It is repugnant to our Constitution. If, as Justice Marshall brought out, that our Constitution is "Personified", (Any Law "Repugnant to the Constitution is null and void"), then, if We-as a Country- fed the US and State Sex Offender Registries to the Constitution, where would our Constitution "Stomach" the Registry., or Where would it digest the Registry? It has no stomach for the registry. The Constitution cannot Digest the Registry. Our Constitution would vomit the US Sex Offender Registry. The Registry is Repugnant to our Constitution. It is null and void.

State Legislation

For information on state legislation, see the Sex Offender Enactments Database. Maintained by the Civil and Criminal Justice sections of the national Conference of State Legislatures.

5.    The Connecticut Department of Public Safety acts in a Governmental conspiracy with all Federal and State agencies to violate my Constitutional Rights to Equal Protection of Law, Due Process, Privacy, Liberty, and  Cruel and Unusual Punishments, it violates my Rights Protected by the American Declaration of the Rights and Duties of Man which provides protection from abusive attacks on their honor, reputation, and private life, and the Bill Of Rights protections incorporated

51

**into the Fourteenth Amendment by the Supreme Court making them applicable to the states.**

The State of Connecticut Department of Emergency Services and Public Protection Division of State Police Sex Offender Registry Unit Form threatens me that I am required to provide residential address every 90 days, that the Sex Offender Unit is required to verify my residential address every 90 days. That I must sign and return the verification letter by mail within (10) days of postmark. [I will state, that by legal terms, 10 days in legal matters doesn't include weekends], that if I move I will notify the Sex Offender Registry within 5 days of moving, and without delay to Notify them prior to any type of name change, notify if any change of address, and that if moving to another State then I must notify the move to the new state, notify of other work with address and position, same goes on for a vocation out of state, or are a student. Notify them of employment in another state and register in that state, submit to retaking of my photo, and report any travel outside the US at least 21 days in advance. That any type of violation to do these things and I will be guilty of a Class D Felony, and that failiong to return the form will result in the same arrest and conviction of a Class D Felony. I must then sign give my employment record, my Phone #, and date the page. So I am not allowed privacy, not allowed Due Process ["Because we say so"] is not Due Process, not allowed safety in my person, not allowed security in my papers, not allowed Equal Protection of Law as other persons not on the Sex Offender Registry are protected from by the Constitution, not protected by the Liberty guaranteed by the constitution, not protected by the Privileges and Immunities Clause of the United States Constitution,

52

Not protected by the Rights and Duties of Man, and most likely not protected by the United States Constitution in any manner.

**6.    Norwalk Office of Adult Probation is in conspiracy with all State and Federal agencies to Violate of my Rights to be Free of Cruel and Unusual Punishments, My right to Privacy, My Right to Equal Protection of Law, My Right to Liberty and my Right to Due Process.**

a.    On or about August 8, 1994, although I am not sure, my neighbor, Mr. Cabral, a Norwalk man who did not want me on the street as he was my neighbor and he had children who taunted me as I would walk to the local stores, decided to get me off of the streets. He posted "Wanted" posters around the local bodegas, apartment buildings, and other areas announcing that I was in the area and that I was on the US and State Sex Offender Registries, and that I was a "Wanted Man".. After a time of this going on, he, I assume, decided that having no control over me, he drove his vehicle past me on the street and stopped and stared at me with his window down. I had no idea what his intentions were. So one day I guess he had his 2 children and a neighbor boy-all ages approx.. 6-10 in his front yard. I was walking in my neighborhood in Norwalk and the police stopped and put me in handcuffs and took me into custody and drove to Mr. Cabral's house. There was conversation between the officer and Mr. Cabral which I could not hear from the back seat of the cop car while in cuffs. After a time the oldest boy walked out to the curb and looked at me inside the vehicle. He returned to his place with the other children and the police proceeded to say something to him. He shook his head. "NO". The police instructed the next by, maybe 9 years old, to do something, and he walked over to the police vehicle and looked at me. Then he took his place beside the others. The police

53

said something to him and he shook his head. "NO". The police knelt down in front of the 6 year old boy. He spoke to him for a short time. The policeman stood up and the boy walked to the car and looked at me. Then he returned to the other kids. The police spoke to the boy and he shook his head, "YES". The police then returned to the car and drove me downtown and booked me for exposing myself to 3 young boys. After realiing that my Public Defender had no real interest in me, and who is now a Judge, I asked him "Can you just give me 10 years and get this over with". And I thought he understood. I was sentenced to 16 years, suspended after 6. I did the 6 years and was released. I was on Probation in Norwalk. I had lived in Stamford years before. My sister, who passed away a short time ago, gave me a car. So I would drive down to Stamford and recreate at their Cove Beach-either running, as I enjoyed running-10 miles around the park, or playing basketball. One time there was some altercation. I'm not certain what it was. But the police came to the Basketball court. I didn't do anything wrong so I thought nothing of it. My Norwalk probation officer informed me that he had a report that I was at the Cove park. He then initiated Violation of Probation papers and had me sentenced to the remaining 10 years. Of course this is years later. I called the Stamford Parks and Recreation Department on 2/1/2025. I identified myself as a Stratford Resident and asked if Stamford Cove park was a public park opened to the general public. The Parks Department Clerk answered me "Yes, but you need a permit to park there". So the Constitution gives me no Protection regarding Equal Protection of Law. I was profiled by Stamford Police. I served time for make-believe charges, I had "Wanted Posters" hung up reporting that I was a "Wanted Man". I was given a cruel and unusual punishment, I was given no Privacy, given no Due Process. And probably given no other Constitutional

Protections. This all because, as this complaint brings out, those on the Sex Offender are given No Voice, No Constitutional Protections, no justice. This is how life on the US and State Sex Offender Registries go for the poor human beings on it, such as myself.

b.      During my time in Norwalk Probation, my then probation officer, forcing me to take part in counselling, made me quit the job that I had, explaining that it was too close to a school, as if finding another job with my background was going to be easy. Anyways, he told me that I would have to continue to pay for counselling, with no income, and so my mom paid the extortion fee with a check every week. This shows no regard for my Constitutional Rights provided by the Privileges and Immunities Clause, and no regard for the Rights of Man. As well as any other Constitutional Protections like my right to privacy being violated, my right to Due Process being violated. Probation concepts for anyone on the Sex Offender Registry is ingrained by their probation officer that they are worthless people.

I have shown herein that the US and State Sex Offender Registries are a threat to the public, to those on the registry, and to the peace of persons searching for peace, and the US and State Sex Offender Registries violate The US Constitution, The US Declaration of Independence, and the Amendments to the Constitution, and the protections provided to persons by the Human Rights Commission. I have also shown that the US and State Sex Offender Registries are Repugnant to the US Constitution and violate the Judicial Decision of Marbury vs. Madison. There are many more violations of Laws, however, I reserve further investigation of these violations for revelation as this petition goes forward. It is for these reasons that this petition to order the end of the US and State Sex Offender Registries, to award damages to me and to free those whose Constitutional rights have been denied, to award lawyers fee, and any other

damages that the Court deems necessary, and to punish those enforcing the Registry should be granted.

I, John Doe, hereby swear under penalty of perjury that all of the foregoing is true to the best of my ability and can easily be corroborated by simple research on the merits of this petition. I have shown that the US and State Sex Offender Registry is Repugnant to the Constitution and according to Marbury vs. Madison this law is Null and Void. I should therefore be compensated for the violation of my civil rights by the existence of this illegal law.

_____, 2/7/25_____

John Doe                                    Date
196 West Avenue
Stratford, CT 06615


Certification

I hereby certify that a copy of the enclosed was sent on this day,

_____FRIDAY_____, 2/7/25 to the following:

United States Department of Justice
Civil Rights Division
10th Street and Constitution Avenue, NW
Room 5643
Washington, DC 20530

United States Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530

J. Brian Meskill (ct29611)
Assistant United States Attorney
450 Main Street, Rm. 328
Hartford, CT 06103

56

- President William Clinton address:15 Old House Lane, Chappaqua, NY 10514

- President George Bush 10141 Daria Place, Dallas, TX 75229

- Speaker of the Senate 50 Constitution Ave NW, Washington, DC 20510

- Speaker of the House 50 Constitution Ave NW, Washington, DC 20510

- Secretary of Defense: The Pentagon, Arlington County, Virginia 20301

- Director of the Department Of Commerce: 1401 Constitution Avenue, NW Washington, DC 20230

- Director of the Judiciary Department: 950 Pennsylvania Avenue, NW, Washington, DC 20530

- Director of the Office of Justice Programs: 810 7th Street NW Washington, DC 20001

- Director of the FBI: 935  Avenue, NW, Washington, DC 20536

- Director of the Bureau of Prisons: 320 First Street, NW, Washington, DC 20534

- Director of the US Department of State: 2201 C Street, NW, Washington, DC 20520

- Director of the National Conference of State Legislators: 444 North Capitol Street, NW, Suite 515, Washington, DC 20001

- Director of the Bureau of Justice Assistance, 810 Seventh Street, NW Washington, DC 20531

- Director of the Norwalk Office of Adult Probation, 11 Commerce Street, Norwalk CT 06850

- Director of the Connecticut Department of Public Safety: 1111 Country Club Road, Middletown, CT 06457 -9294

- Director of the SMART Program: 810 Seventh street NW, Washington, DC 20531

- Director of the Department of Defense: 1000 Defense Pentagon, Washington, DC 20301

- Conn. States Attorney William Tong, 55 Elm Street, Hartford, CT 06106

- Director of Bureau of Indian Affairs, 1849 C Street NW, Washington, DC 20240

- Representative Nancy Pelosi, US House of Representatives, Washington, DC 20510
  **And, at the same address above,**
  Representative Ken Calvert,
  Representative Steny Hoyer,
  Representative Marcy Kaptur
  Representative Hal Rogers
  Representative Chris Smith
  Representative Frank Lukas

- Senator Chuck Schumer, 50 Constitution Avenue, NE Washington, DC 20510
  **And, at the same address above,**
  Senator Mike Crapo
  Senator Ed Markey
  Senator Kim Ward
  Senator Ron Wyden
  Senator Chuck Grassley
  Senator Susan Collins
  Senator Mitch McConnell

_____ , 2/7/25

John Doe                                                          Date
196 West Avenue
Stratford, CT 06615

Addresses of Defendants

- President William Clinton address:15 Old House Lane, Chappaqua, NY 10514

- President George Bush 10141 Daria Place, Dallas, TX 75229

- Speaker of the Senate 50 Constitution Ave NW, Washington, DC 20510

- Speaker of the House 50 Constitution Ave NW, Washington, DC 20510

- Secretary of Defense: The Pentagon, Arlington County, Virginia 20301

- Director of the Department Of Commerce: 1401 Constitution Avenue, NW Washington, DC 20230

- Director of the Judiciary Department: 950 Pennsylvania Avenue, NW, Washington, DC 20530

- Director of the Office of Justice Programs: 810 7th Street NW Washington, DC 20001

- Director of the FBI: 935  Avenue, NW, Washington, DC 20536

- Director of the Bureau of Prisons: 320 First Street, NW, Washington, DC 20534

- Director of the US Department of State: 2201 C Street, NW, Washington, DC 20520

- Director of the National Conference of State Legislators: 444 North Capitol Street, NW, Suite 515, Washington, DC 20001

- Director of the Bureau of Justice Assistance, 810 Seventh Street, NW Washington, DC 20531

- Director of the Norwalk Office of Adult Probation, 11 Commerce Street, Norwalk CT 06850

- Director of the Connecticut Department of Public Safety: 1111 Country Club Road, Middletown, CT 06457 -9294

- Director of the SMART Program: 810 Seventh street NW, Washington, DC 20531

- Director of the Department of Defense: 1000 Defense Pentagon, Washington, DC 20301

- Conn. States Attorney William Tong, 55 Elm Street, Hartford, CT 06106

- Director of Bureau of Indian Affairs, 1849 C Street NW, Washington, DC 20240

- Representative Nancy Pelosi, US House of Representatives, Washington, DC 20510
  **And, at the same address above,**
  Representative Ken Calvert,
  Representative Steny Hoyer,
  Representative Marcy Kaptur
  Representative Hal Rogers
  Representative Chris Smith
  Representative Frank Lukas

- Senator Chuck Schumer, 50 Constitution Avenue, NE Washington, DC 20510
  **And, at the same address above,**
  Senator Mike Crapo
  Senator Ed Markey
  Senator Kim Ward
  Senator Ron Wyden
  Senator Chuck Grassley
  Senator Susan Collins
  Senator Mitch McConnell

United States District Court

915 Lafayette Blvd.

Bridgeport, CT 06604


John Doe

 Vs.

United States ,ET AL    3:24-cv-01146 VDO

### PLAINTIFF'S FACTS IN SUPPORT OF AMENDED COMPLAINT

I, John Doe, Pro se in the above captioned matter, put forth this Plaintiff's Facts in Support of Amended

Complaint, giving true to life meaning to the absurdity and danger of the US and State Sex Offender

Registry.

_John Doe_    2/7/25

### CERTIFICATION

I, John Doe, certify that a copy of this Plaintiff's Facts in Support of Amended Complaint was mailed to the Defendants

Below, this FRIDAY day of 2/7/25 .

_John Doe_ , 2/7/25


| President William Clinton | Director U.S. Department of State |
|---|---|
| U.S. Senate Members | US House Members |
| Secretary of Defense | Director of Bureau of Justice Assistance |
| Director Department of Commerce | Director of Norwalk Office of Adult Probation |
| Director Department of Defense | |
| Director of Bureau of Indian Affairs | Director National Conference of State Legislators |
| Director Judiciary Department | Director of Connecticut Department of Public Safety |
| Director of Office of Justice Programs | Director of SMART Program |
| Director of Office of the FBI | Director of Department of Justice |
| Director of Bureau of Prisons | President George Bush |

**Facts in Support of Amended Complaint**

**The US and State Sex Offender Registries are enabling murder and assault of those on them herein:**

a.      **February 5, 2024, KHOU News out of Houston, Texas**: James Lewis Spencer III, is charged with murder in the May 2023 Shooting of Sean Connery Showers, 37, near the Heights. {Also reported by 'FOX 26 Houston, YouTube', with comments: "Thank you for your service to humanity sir." etc.}

b.      Marriane Bachmeier was sentenced to **6 years for killing Klause Gabowske** who was being tried for sexually abusing her seven year old daughter and was paroled after 3 years. A slap on the wrist for murder of one on the registry.  Other news reports bring out that Marianne Bachmeier was a hero to others.

c.  A news report brings out a man who beat to death the man who sexually abused his 5 year old daughter received **no criminal charges in Texas**.

a.      **YouTube brings out January 8, 2024 a video** entitled: "Five mothers who took revenge on child molesters." And it shows a bare chested man with the letter "Z" carved on his chest with the superscription: "She cut off his d#ck." [How does this sort of absurd assault make the world we live in safer.

b.      ]

There is a **video being shared among social media** detailing "He killed his molester as a teen. Should he be deported?"  And it details how the illegal immigrant completed only an 11 year sentence and the American law call for his felony to disqualify his citizenship.

c.      There is a **YouTube video** titled "20 paedophiles who received instant justice."

61

d.          A **YouTube video** titled: "Beware. A killing for the right reasons." Reports a Canadian man who searched the US registry for the name and address of a person in Maine, and then successfully murdered 2 people. These murders were only committed because there is a sex offender registry.

e.          A **YouTube video** brings out a man named Goldsby who was in a cell where they put a man who sexually assaulted a family member of his. It seems he asked many times for cell transfer but was denied. Eventually he killed his cell-mate and 25 years was added to his sentenced. The comments bring out how the general public demands a pardon for him bringing about pest control for his murder.

f.          Another **YouTube video** is entitled, "They boiled him alive". The video holds comments conveying that he got what he deserved.

g.          A **YouTube video** is titled, "I killed my peodophile husband." The comments bring accolades, and the woman only got a 6-month sentence as the judges agreed that vigilante style punishing those on the registry deserve death and is totally acceptable.

h.          The "**Valley Channel 12 News" from Phoenix, Arizona** brings the report: "Sex offender found bound, killed in Phoenix auto parts store." The report continues: "…Police discovered the body of 73 year old Reginald Locke inside his home near 24th and Roosevelt after he was reported missing Monday night." There is no mention of an investigation to find his murderer.

i.          The **New York Times reports, Sept. 7, 2005**, "…killings of two convicted sex offenders in Billingham, Washington….Washington sex offender registry is 15 years old…"

j.          **KLKN TV, July 15, 2021** reports, "Omaha man gets prison for fatal shooting of sex offender." It mentions, "Fairbanks", not knowing "Condolucci".

62

k.          The **US Sun, June 12, 2020** reports: "Man says killing sex offender is justified and jury won't convict."

l.          The **New York Times reports, July 26, 2013**. Reports, "Double murder seen as mans' quest to kill Sex Offenders". Parkers death was intended as the opening faze of a man's quest to purge sex offenders from Union County

m.          **KARE 11.com** reports, March 20, 2023, "Sheriff: Gran Marais man kills sex offender with Antler".

n.          **WYFF$4.com** reports May 6, 2014, "A man and his wife pleaded guilty to killing a registered sex offender and kissed in court after they were…"

o.          The **Atlantic.com of December 4, 2024** reports, "How could anyone support a sex offender? Where could they send Drum money?"

p.          **NPR.org, 4/21/2006,** reports, "Murders put focus on sex offender registry." And the article goes on…"Nobody knows why Stephen Marshall killed two men who were on the sex offender registry in Maine…" [In my opinion, he had killed them because he felt like it, and because there is a Sex Offender Registry.]

q.          **VICE, of March 28, 2018**, reports: "How sex offender registry can result in vigilante murder". And the article goes on, "His friend in prison, Patrick Drum…"

r.          **Omaha.com reports, May 26, 2023**, "Hero or Devil? Omaha man sentenced to 40-70 years for…" And the accompanying article goes on "James Fairbanks contemplated a self-defense claim in April, almost a year after he shot and killed Mattieo Condolucci, but…"

s.          **On March 14, 2023, WCHS TV reports** "…a Minnesota man charged with murder for killing former sex offender with a shovel".

t. **Wikipedia** lists Stephen Alexander Marshall as an American Canadian vigilante who searched publicly available sex offender registries in the United States for the names and addresses of convicted sex offenders before travelling to Maine in the Northeastern United States and murdering two."

u.        **Prison Legal News** reports Michael Clarke filed a report "Vigilantes Assault, Rob and Murder Sex Offenders" and that report contained information about dozens of assaults and murders of those on the registry from information gathered from the registry.

v.        **Alaska Dispatch News on Feb. 26, 2018**, reported Jason Vokovich was sentenced to 23 years for assault on 3 registered sex offenders. He will be eligible to ask for parole in 6 years. Judge Marston stated: "The Sex Offender Registry is there in order to keep people safe". [This is a lie. The Sex Offender Registry is implemented to terrorize neighbors and to produce vigilantes who assault and murder those on the registry.] However, if having a Sex Offender Registry leads to violence, why is it heralded as keeping the public safe?

w.        **News9 reports of October 7, 2023**, reports "Alleged sex offender attacked behind bars after being publicly named." So I assume News9 publicly named the person, then reveled in its own bad behavior of putting his likeness on the news knowingly putting this person in danger.

x.        **WSLS10 News** reports John Carlin and Lindsey Eard reported after 3 teenagers lured a sex offender to their home and ambushed him there.

y.        I cannot emphasize, the Judges of United States District Courts have ruled only if the sex offender registry is punishment, and, of course they don't have any real idea of what their ruling that it is "not punishment" means. It is a killing ground and battle land for

64

punishment.   It appears, they will not obey case-law, and that the Judges will not obey Constitutional Law.

z.         **Held in Wichita County Jail in February 2018** was Michael George Corey in jail for three and a half years on 45 counts of crimes reported as being beaten 15 times by 3 jail inmates in minute long attack after they saw his trial on the news.

aa.         There is a **YouTube Video** titled "AZ Family\Arizona News" listing "Man found shot to death is registered sex offender, Mesa Police…" Police say Gavin Radzinski was convicted..and he was murdered.

bb.         **NBC Los Angeles announced, Jan 17, 2020** titled, "Northern California Inmate Kills Sex Offender and wounds another", going on, "One inmate fatally struck a fellow prisoner and critically wounded another…"

cc.         **The News, "The Daily Breeze", announced Jan 12 2018** 4 men charged with killing Redondo Beach sex offender during home invasion: saying, the victim died November 28.…

dd.         The **News, "LAist" lists**, "For the third time this month, a sex offender is apparently murdered…" and that the man was found dead in his cell of the CI\California State Prison\Los Angeles County…

ee.         Under **WISN news, Of Oct. 17,2018** comes the article, " Suspect I brutal Ohio murder of sex offender arrested in Oak Creek, and the article goes on: "Savage, 61, was identified as a suspect in the death of Steven Johnson in Clay Township, Ohio on Oct. 8 records show…

ff.          **NBC4** brings out the following news article from Columbus, Ohio, "Ohio sex offender killing sees no charges for SWAT deputies-NBC4.  Dec 16, 2022- A Tier I sex offender, Striblin was convicted in April 2021...

gg.          There is a news article and several videos on YouTube regarding deceased Trevor Morris, a convicted sex offender arrested in 2018 at the age of 24 and charged with possessing child pornography. It was first reported by the **South Carolina Dept. of Correction** telling the lie that Mr. Morris was released on December 1, 2023. In truth, he was murdered while in prison after the news broadcasted his trial on television. This shows how the US and State Sex Offender Registries are haunting abhorations of magnificent violations of regard for human safety and human decency in the SC DOC reporting that Trevor Morris was released when he was really killed in prison.

There are several unnamed persons who have been murdered by the existence of the US Sex Offender Registry. I believe to list them would be an ad nauseum bother to us all.

Revealed above are instances where the US and State Sex Offender Registries is a questionable at best law that rewards murder. This can never escape notice. No amount of sugar will make murder disappear. It matters not who murdered who. What matters is that human beings are being murdered because of the existence of a US and State Sex Offender Registries. There is no denying, the registry does not protect the registered-citizens protected but failed by the Constitution.

66



# STATE OF CONNECTICUT
## DEPARTMENT OF EMERGENCY SERVICES AND PUBLIC PROTECTION
### DIVISION OF STATE POLICE
### SEX OFFENDER REGISTRY UNIT
### 01/06/2025



SPBI# - 528931

██████████████████████

**196 WEST AVE
STRATFORD, CT 06615**

Dear ████████████████

| Corrections or Change of Address | |
|---|---|
| Street: _____ | |
| Apt. or Unit #: _____ | |
| Town: _____ | |
| State: _____ Zip: _____ **EFFECTIVE DATE:**_____ | |

Records maintained by the Connecticut Department of Public Safety Sex Offender Registry Unit indicate that pursuant to Section 54-250 to 54-261 of the Connecticut General Statutes you were required to register as a Sex Offender and did so.

The Sex Offender Registry Unit is required to verify your residential address every 90 days. This verification of your address will be accomplished via the mail every 90 days until you are relieved of your registration requirement. **You must sign and return this address verification letter by mail, facsimile or electronic mail within ten (10) days of the postmark or you will be subject to arrest for violation of state law.** The address that appears with your name at the top of this letter is the address of record for you. If you move, or there is any change to your address, you must notify the Sex Offender Registry Unit, in writing, within five (5) days of such a change. If the address of record is incorrect as it appears, make the necessary corrections in the space provided. The use of post office boxes is not permitted. As a registered sex offender you are also required to, without undue delay,:
- Notify the Sex Offender Registry Unit in writing prior to application for a name change or if you change your name;
- Notify the Sex Offender Registry Unit in writing if you change your address; and if the new address is in another state you must also register with the appropriate sexual offender registry in that state;
- Notify the Sex Offender Registry if you are employed in another state, carry on a vocation in another state, or are a student in another state, and you must also register with the appropriate sexual offender registry in that state;
- Notify the Sex Offender Registry if you are employed at, carry on a vocation at, or are a student at a trade or professional institution or institution of higher learning in this state and of any change in such status;
- Submit to the retaking of a photographic image upon request of the Commissioner of Public Safety;
- Under SORNA (34 U.S.C. Â§20914 (a)(7)) registered sex offenders must report any travel outside the United States at least twenty-one (21) days in advance of the travel to your registering law enforcement agency.

Any person who violates these provisions shall be guilty of a class D felony, except that, if such person violates the provisions of this section by failing to notify the Department of Public Safety Sex Offender Registry Unit without undue delay of a change of name, address or status or another reportable event, such person shall be subject to such penalty if such failure continues for five business days.

"Employed" or "carries on a vocation" means employment that is full-time or part-time for more than fourteen days, or for a total period of time of more than thirty days during any calendar year, whether financially compensated, volunteered or for the purpose of government or educational benefit. "Student" means a person who is enrolled on a full-time or part-time basis, in any public or private educational institution, including any secondary school, trade or professional institution or institution of higher learning.

If you are employed in another state, carry on a vocation in another state, or are a student in another state or are employed at, carry on a vocation at, or are a student at a trade or professional institution or institution of higher learning in this state, you must complete the following section.

Name of Institution or Place of Employment: _____ Position: _____

Address of Institution or Place of Employment:
_____

My current address is correct as it appears above and I continue to reside there. I understand that providing false information, failing to return this form, or failing to comply with any of the registration requirements including the address verification and above listed notifications, is a Class "D" Felony in violation of section 54-251, 54-252, 54-253, or 54-254, as the case may be.

Registrant's Signature:_____ Date:_____ Phone #: _____

*SPBI# 528931*

Phone: (860) 685-8060 Fax: (860) 772-1730 Email: SORU@ct.gov
1111 Country Club Road Middletown, CT 06457-9294
*An Equal Opportunity Employer*