# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**JOHN DOE,**

V.

**SUMMONS IN A CIVIL CASE**

**WILLIAM CLINTON, ET AL.,**

CASE NUMBER: **3:24–CV–01146–VDO**

TO: **George W. Bush, Ken Calvert, William Clinton, Susan Collins, Mike Crapo, Director of the Bureau of Justice Assistance, Director of the Bureau of Prisons, Director of the Bureau of lndian Affairs, Director of the Department of Commerce, Director of the Department of Defense, Director of the Departrnent of Justice, Director of the Departrnent of State, Director of the Director of the Connecticut Department of Public Safety, Director of the Judiciary Department, Director of the National Gonference of State Legislators, Director of the Norwalk CT Office of Adult Probation, Director of the Norwalk Gonnecticut Department of Adult Probation, Director of the Office of Justice Programs, Director of the Office of Sex Offender Sentencing, Monitoring, Apprehending, and Tracking (SMART Office), Director of the office of the FBI, Chuck Grassley, Steny Hoyer, Marcy Kaptur, Frank Lukas, Ed Markey, Mitch McConnell, Nancy Pelosi, Hal Rogers, Chuck Schumer, Secretary of Defense, Chris Smith, United States Congressional Members of the House and Senate, Kim Ward, Ron Wyden**
Defendant's Address:

A lawsuit has been filed against you.

Within **60** days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**John Doe**
**196 West Avenue**
**Stratford, CT 06615**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*



**/s/ – A D Gaskins**

*Signature of Clerk or Deputy Clerk*

**ISSUED ON 2025–02–07 15:49:20**, Clerk USDC
CTD

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*_____
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*_____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____
_____ ; or

☐ Other  *(specify)* _____
_____
_____

My fees are $_____ for travel and $ _____for services, for a total of $_____0.00

I declare under penalty of perjury that this information is true.

Date: _____

_____
Servers signature

_____
Printed name and title

_____
Servers address

Additional information regarding attempted service, etc: