UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN DOE, : | |
|     Plaintiff, : | |
| : | NO. 3:24-CV-01146 (VDO) |
| v. : | |
| : | |
| UNITED STATES : | February 18, 2025 |
|     Defendant. : | |

## MOTION FOR CLARIFICATION AND EXTENSION OF TIME

On January 28, 2025, the Court granted Plaintiff's motion to amend his complaint for a second time and ordered Plaintiff to file his amended complaint on the docket on or before February 18, 2025. *See* ECF No. 34. On February 7, 2025, Plaintiff filed his second amended complaint in which he adds numerous new defendants, including former President George Bush, the Director of the Bureau of Indian Affairs, and numerous members of Congress. *See* ECF No. 35. On the same day, February 7, 2025, an electronic summons was issued with responsive pleadings due within 60 days of service of the summons. *See* ECF No. 36. United States of America and federal government agencies and officials ("Federal Government Defendants"), hereby move the Court for clarification as to when responsive pleadings to the second amended complaint will be due. To the extent responsive pleadings are due within 14 days of the amended pleading pursuant to Federal Rule of Civil Procedure 15, and without waiving any defects in service, *Federal Government Defendants request a twenty-one-day extension of time, from February 21, 2025, to March 14, 2025.*

By way of background, on December 9, 2024, the Federal Government Defendants moved to dismiss the second amended complaint on numerous grounds, including under Federal Rules of Civil Procedure 12(b)(1), (2), (5) and (6). *See* ECF No. 23. On December 27, 2024,

Plaintiff filed both a response to the Federal Government Defendants' motion to dismiss as well as a motion to amend his complaint for a second time. *See* ECF Nos. 28-29. In the motion to file a second amended complaint and within the proposed second amended complaint attachment, with the stated purpose of adding a 42 U.S.C. § 1985 claim; Plaintiff named only the United States as the defendant. *See* ECF No. 28. On January 28, 2025, the Court granted Plaintiff's motion to amend his complaint for a second time and ordered Plaintiff to file his amended complaint on the docket on or before February 18, 2025. *See* ECF No. 34. On February 7, 2025, Plaintiff filed his third amended complaint in which he adds numerous new defendants, including former President George Bush, the Director of the Bureau of Indian Affairs, and numerous members of Congress. *See* ECF No. 35. On the same day, February 7, 2025, an electronic summons was issued with responsive pleadings due within 60 days of service of the summons. *See* ECF No. 36.

The undersigned had a letter sent by mail on February 13, 2025 to Plaintiff to ascertain his position as to this motion for extension of time to March 14, 2025 but has not ascertained a position as of the date of this motion and, based on the timing of Local Civil Rule 7, moves now for a motion of extension of time. The undersigned has been on parental leave due to the recent birth of his child and, to the extent responsive pleadings are due February 21, 2025, Federal Government Defendants require additional time for responsive pleadings, particularly given the addition of previously unnamed federal government defendants. This would be the first extension of time filed by the Federal Government Defendants with respect to this time limitation. Good cause for this request inheres in the above-mentioned complexities.

Wherefore, Federal Government Defendants move the Court for clarification as to when responsive pleadings to the second amended complaint will be due. To the extent responsive

pleadings are due within 14 days of the amended pleading pursuant to Federal Rule of Civil Procedure 15, and without waiving any defects in service, *Federal Government Defendants request a twenty-one-day extension of time, from February 21, 2025, to March 14, 2025.*

                                          Respectfully submitted,

                                          MARC H. SILVERNMAN
                                          ACTING UNITED STATES ATTORNEY

                                          _____*/s/*_____
                                          J. Brian Meskill, ct29611
                                          Assistant United States Attorney
                                          157 Church Street
                                          New Haven, CT 06510
                                          Telephone: (203) 821-3700
                                          Fax: (203) 773-5373
                                          Email: Brian.Meskill@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify the aforementioned materials are being sent by United States mail, postage prepaid, to Plaintiff's last known and current address:

**John Doe**
**196 West Avenue**
**Stratford, CT 06615**

                                        Respectfully submitted,

                                        */s/*_____
                                        J. Brian Meskill (ct29611)
                                        Assistant United States Attorney