MAR 31 2025 PM3:38
FILED - USDC - BPT - CT

US District Court Clerk

915 Lafayette Blvd.

Bridgeport, CT 06604

3/31/25

**John Doe**                              **3:24-cv-01146 VDO**

    Vs.

**Former President William** Clinton, in his Official Capacity and in his Personal

    Capacity

**Former President George Bush,** in his Official Capacity and in his Personal

    Capacity

**Former President Barack Obama,** in his Official and in his Individual Capacity

**United States Congressional Members of the House and Senate**

    In their Official Capacity

**Department of Commerce** in their Official Capacity

**Judiciary Department** in their Official Capacity

**The office of the FBI** in their Official Capacity

**Office of Justice Programs** in their Official Capacity

**Department of Justice** in their Official Capacity

**Bureau of Prisons** in their Official Capacity

**Department of State** in their Official Capacity

1

  **Bureau of Justice Assistance** in their Official Capacity

  **Department of Defense** in their Official Capacity

  **Secretary of Defense** in his Official Capacity

  **Norwalk Connecticut Office of Adult Probation** in their Official Capacity

  **National Conference of State Legislators** in their Official Capacity

  **Connecticut Department of Public Safety** in their Official Capacity

  **Norwalk Connecticut Department of Adult Probation** in Their Official Capacity

  **Office of Sex Offender Sentencing, Monitoring, Apprehending, and Tracking (SMART Office)** In their Official Capacity

## MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION IN OBJECTION TO DEFENDANT'S MOTION FOR DISMISSAL DATED MARCH 14, 2025

### JURISDICTION

- "28 U.S. CODE $1343-CIVIL RIGHTS AND ELECTIVE FRANCHISE (a) The district courts shall have original jurisdiction of any civil action authorized by law to be commenced by any person. " (1) To recover damages for injury to his person or property, or because of the deprivation of any right or privilege of a citizen of the United States, by any act done in furtherance of ANY conspiracy mentioned in Section 1985 of Title 42."

### DEFENDANT IS NOT IMMUNE

- **Judicial Department**-their Website-cites Title 18 Section 242 which states: "makes it a crime for a person acting under color of law to willfully deprive a person of a right or privilege protected by the Constitution or laws of the United States. For purpose of

2

Section 242, acts under "color of law" include acts not only done by federal, state, or local officials within their lawful authority, but also acts done beyond the bounds of that official's lawful authority, if the acts are done while the official is purporting to or pretending to act in the performance of his/her official duties. Persons acting under the color of law within the meaning of this statute include police officers, prisons guards, as well as judges, and providers in public health facilities and others who are acting as public officials. It is not necessary that the crime be motivated by animus toward the race, color, religion, sex, handicap, familial status or national origin of the victim. The offense is punishable by a range of imprisonment up to a life term, or the death penalty depending upon the circumstances of the crime, and the resulting injury, if any.

- **28 U.S. Code $1343-/Civil Rights and Elective Franchise**

US Code
- (a) The district courts shall have original jurisdiction of any civil action authorized by law to be commenced by any person:
  - (1) To recover damages for injury to his person or property, or because of the deprivation of any right or privilege of a citizen of the United States, by any act done in furtherance of any conspiracy mentioned in section 1985 of Title 42;
  - (2) To recover damage from any person who fails to prevent or to aid in preventing any wrongs mentioned in section 85 of Title 42 which he had knowledge were about to occur and power to prevent;
  - (3) To redress the deprivation, under color of any State law, statute, ordinance, regulation, custom or usage, of any right, privilege or immunity secured by the Constitution of the United states or by any Act of Congress providing for equal rights of citizens or of all persons within the jurisdiction of the United States;
  - (4) To recover damages or to secure equitable or other relief under any Act of Congress providing for the protection of civil rights including the right to vote.
- (b) For purposes of this section-
  - (1) The district of Columbia shall be considered to be a state; and
  - (2) Any Act of Congress applicable exclusively to the District of Columbia shall be considered to be a statute of the District of Columbia

 As is brought out in $(b)(1) The District of Columbia is considered a State and is liable for all damages and other actions allowed by the Court.

I hereby attest that all of the above is true to the best of my ability.

*John Doe*, 3/31/25

## Certification

I, John Doe, certify that a copy of this Complaint was mailed to the Defendant/s Below, this ___3/31___ day of ___March 2025___

*John Doe*, 3/31/25

United States Department of Justice
Civil Rights Division
10th Street and Constitution Avenue, NW
Room 5643
Washington, DC 20530

United States Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530

J. Brian Meskill (ct29611)
450 Main Street, Suite 328
Hartford, CT 06103

Connecticut States Attorney, William Tong
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

4